# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL COMMUNITY REINVESTMENT COALITION**, 727 15th Street, N.W. Suite 900 Washington, D.C. 20005 | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. _____ |
| **ACCREDITED HOME LENDERS HOLDING COMPANY,** 15090 Avenue of Science San Diego, California 92128 | ) ) ) ) ) | |
| AND | ) ) | |
| **ACCREDITED HOME LENDERS, INC.,** 15090 Avenue of Science San Diego, California 92128 | ) ) ) ) ) | |
| AND | ) ) | |
| **ACCREDITED MORTGAGE LOAN REIT TRUST** 300 East Lombard Street Baltimore, MD 21202 | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

### NATURE OF THE ACTION

1.      This complaint brought by the National Community Reinvestment Coalition (the

"NCRC" or "Plaintiff") arises out of racially discriminatory lending policies and practices

maintained by Defendants Accredited Home Lenders Holding Company, Accredited Home

Lenders, Inc. and Accredited Mortgage Loan REIT Trust (collectively, "Accredited").  NCRC

seeks a declaratory judgment, permanent injunctive relief, and damages for Accredited's

unlawful behavior.  This action is brought under the Fair Housing Act of 1968, as amended, 42

U.S.C. §§ 3601-3631 (the "FHA").

    2.    Plaintiff NCRC is a national non-profit organization with the mission and purpose

of increasing fair and equal access to credit, capital, and banking services and products for all

Americans, regardless of race.  Accredited's racially discriminatory policies and practices have

frustrated NCRC's mission of increasing the flow of private capital into underserved

communities and have caused NCRC to expend its scarce resources on educational programs,

investigations, and litigation to identify and combat such practices.

    3.    Accredited is a subprime mortgage lender.  Its loan programs include both fixed

interest rate and adjustable rate mortgage loans, a substantial portion of which include

prepayment penalties.

    4.    Accredited maintains a pattern and practice of discriminating against African-

American and Latino homeowners, and against homeowners and prospective homeowners in

African-American and Latino neighborhoods.  This pattern and practice is the result of the

policies applied by Accredited to determine whether a prospective borrower is eligible for a

mortgage loan under any of Accredited's fourteen loan programs.

    5.    Accredited's discriminatory lending policies fall into two groups.  The first group

includes three policies that restrict the availability of loans by requiring applicants to satisfy

minimum property values.  These policies, for example, prevent many borrowers whose homes

are valued at less than $100,000 from obtaining a loan from Accredited, regardless of their credit

worthiness.  The second group of discriminatory lending policies includes three policies that

deny loans to owners and purchasers of row houses.

6.     Accredited's minimum property value policies have both the purpose and effect of discriminating against African Americans, and homeowners and prospective homeowners in African-American neighborhoods in major metropolitan areas across the nation where, upon information and belief, houses that do not satisfy Accredited's minimum values are more heavily concentrated.  The policies likewise have the purpose and effect of favoring homeowners and prospective homeowners in white neighborhoods where, upon information and belief, the majority of houses that do satisfy Accredited's minimum values are located.

7.     Accredited's no row house policies have both the purpose and effect of discriminating against African Americans, and homeowners and prospective homeowners in African-American neighborhoods in major metropolitan areas across the nation where row houses are primarily located.

8.     Accredited's minimum property value and no row house policies have a similar discriminatory purpose and effect on Latinos, and homeowners and prospective homeowners in Latino neighborhoods in major metropolitan areas including Philadelphia and Washington, D.C.

9.     There is no business justification for any of Accredited's discriminatory lending policies.  Under Accredited's minimum property value policies, applicants who meet traditional lending criteria, such as a strong FICO or other credit score, steady income, significant assets, and low loan-to-value ratios, are excluded from consideration for a mortgage loan based solely on the value of their home or the home they are purchasing.  Likewise, under its no row house policies, Accredited automatically rejects applicants based solely on the applicant's property type without regard to traditional lending criteria.

10.     If Accredited employed traditional underwriting criteria instead of its minimum

property value and no row house policies, it would significantly reduce the adverse and

discriminatory impact of its lending criteria without increasing the company's exposure to risk.

     11.    Accredited's discriminatory lending policies have caused, and continue to cause,

direct injury to African Americans and Latinos, and homeowners and prospective homeowners

in African-American and Latino neighborhoods in major metropolitan areas across the nation.

**<u>PARTIES</u>**

     12.    Plaintiff NCRC is a national non-profit organization formed under the laws of the

District of Columbia, with its principal place of business located at 727 15th Street, Suite 900,

Washington, D.C. 20005.  NCRC was formed in 1990 by national, regional, and local

organizations to develop and harness the collective energies of community reinvestment

organizations from across the country.  NCRC members represent and protect traditionally

underserved and vulnerable populations.  Members include community development

corporations, civil rights groups, community reinvestment advocates, local and state government

agencies, and churches.  One of NCRC's primary missions is to increase fair and equal access to

credit, capital, and banking services and products to individuals, regardless of race.

     13.    Upon information and belief, Defendant Accredited Home Lenders Holding

Company ("AHL Holding") is a Delaware financial holding company with its principal place of

business located at 15090 Avenue of Science, San Diego, California 92128.  AHL Holding was

founded in 1990, became a public company in 2003 and trades under the ticker symbol LEND on

the NASDAQ market.  In 2005, AHL Holding originated $16.6 billion in residential mortgage

loans with $155.4 million of net income.  AHL Holding conducts its mortgage banking

operations through its subsidiaries.  AHL Holding represents in one or more documents filed

with the Securities and Exchange Commission that it originates mortgage loans in all fifty states

4

and the District of Columbia.  It further represents that it is, accordingly, subject to the laws and regulations of the District of Columbia.

14.     Defendant Accredited Home Lenders, Inc. ("AHL, Inc.") is a nationwide mortgage banking company incorporated in California, with its principal place of business located at 15090 Avenue of Science, San Diego, California 92128.  AHL, Inc. is a wholly-owned subsidiary of Accredited Home Lenders Holding Company and is registered with the District of Columbia Department of Consumer and Regulatory Affairs.  AHL, Inc. originates, finances, securitizes, services, and sells subprime mortgage loans secured by residential real estate.  AHL, Inc. originates subprime mortgage loans nationwide, including the District of Columbia, through its wholesale and retail channels.  In 2005, ninety percent of AHL, Inc.'s loan originations were originated through its wholesale channel which consists of 13 wholesale division offices nationwide with a network of approximately 12,000 independent mortgage brokers.  Ten percent of AHL, Inc.'s loan originations were originated through its retail channel, Home Funds Direct, which consists of approximately 418 loan officers working in 46 retail locations nationwide.

15.     Home Funds Direct ("HFD"), with its principal place of business at 3870 Rosin Court, Suite 150, Sacramento, California 95834, is the retail division of AHL, Inc.  HFD is a direct lender engaged in the origination of subprime mortgage loans and is licensed in the states of Arizona, California, Georgia, Illinois, New Jersey, New York, Pennsylvania, Ohio, and Washington.  HFD does business in AHL, Inc.'s name in Massachusetts, Nevada, Rhode Island, and Virginia.  HFD does not make loans in Hawaii, Louisiana, or Mississippi.

16.     Defendant Accredited Mortgage Loan REIT Trust ("Accredited REIT") is a wholly-owned subsidiary of AHL, Inc.  Accredited REIT was formed in May 2004 as a Maryland real estate investment trust.  The principal business objective of Accredited REIT is to

acquire, hold, manage and service the mortgage assets of AHL, Inc. throughout the United States, including the District of Columbia.

17.    Each of the Defendants was and is the agent, employee, and representative of the other Defendants. Each Defendant, in doing the acts or in omitting to act as alleged in this Complaint, was acting in the course and scope of its actual or apparent authority pursuant to such agencies, or the alleged acts or omissions of each Defendant as agent were subsequently ratified and adopted by each agent as principal.

## JURISDICTION AND VENUE

18.    This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 3613 and 28 U.S.C. §§ 1331, 1343, because the claims alleged herein arise under the laws of the United States. Venue is proper in the District of Columbia because Plaintiff NCRC has its principal place of business in the District and all Defendants conduct business in the District.

## FACTS

**A.    Demographics and Property Values in Major Metropolitan Areas**

19.    In major metropolitan areas across the nation, residential housing patterns remain highly segregated. The vast majority of African Americans in urban areas reside in majority black census tracts, while the vast majority of whites reside in majority white census tracts. In major cities across the nation, such as Baltimore, Philadelphia, Detroit, St. Louis, Cleveland and Washington, D.C., racial segregation is starkly defined by neighborhood; very few mixed or integrated neighborhoods exist.

20.    These patterns of residential housing segregation substantially overlap with the value of the housing stock, with lower valued housing stock significantly more concentrated in African-American neighborhoods. Illustrative of this relationship between residential housing

segregation and housing stock are the metropolitan areas of Baltimore-Towson, MD;

Philadelphia, PA; Detroit-Livonia-Dearborn, MI; St. Louis, MO/IL; Cleveland-Elyria-Mentor,

OH; and Washington, D.C.   Based on estimates drawn from 2005 mortgage lending data, in

each of these metropolitan areas, houses valued at less than $100,000 are more heavily

concentrated in majority black census tracts, *i.e.*, census tracts in which African Americans

constitute at least 50% of the total population, and the vast majority of houses valued at more

than $100,000 are located in majority white census tracts, *i.e.*, census tracts in which whites

constitute at least 50% of the population.  Similarly, houses valued at less than $150,000 are

more heavily concentrated in majority black census tracts and the vast majority of houses valued

at more than $150,000 are located in majority white census tracts.

### 1.      Baltimore-Towson

21.     The metropolitan statistical area ("MSA") of Baltimore-Towson, MD consists of

Anne Arundel County, Baltimore County, Baltimore City, Carroll County, Harford County,

Howard County, and Queen Anne's County.

22.     After decades of white flight from Baltimore City, the Baltimore-Towson MSA

remains highly segregated.  According to 2005 Census estimates, African Americans constitute

65.2% of the total population of Baltimore City, Maryland.  In contrast, African Americans in

Baltimore County, which almost completely surrounds Baltimore City, constitute only 24% of

the population.  Sixty-eight percent of all African Americans residing in either Baltimore City or

Baltimore County are located in Baltimore City.  African Americans constitute only 13.9%,

2.7%, 10.9%, 15.5%, and 8.8%, respectively, of the population of the surrounding counties of

Anne Arundel, Carroll, Harford, Howard, and Queen Anne's.  Two-thirds of African Americans

in this MSA (67%) reside in majority black census tracts, and nearly 95% of white residents live

in majority white census tracts.

23.     The value of housing substantially correlates with these patterns of segregation. See Ex. A.  Fifty-eight percent of all houses sold for less than $100,000 in 2005 were located in majority black census tracts; 48% were located in predominantly black census tracts, *i.e.*, census tracts where African Americans constitute at least 75% of the population.  Conversely, 89% of all houses sold for more than $100,000 were located in majority white census tracts; 68% were located in predominantly white census tracts, *i.e.*, census tracts where whites constitute at least 75% of the population.

24.     Similar disparities emerge in the value of housing stock within census tracts.  Of the houses sold in majority black census tracts, 46% were valued at less than $100,000.  In stark contrast, only 6% of houses in majority white census tracts were valued at less than $100,000.

25.     In addition to house values, property type is also strongly correlated to the racial composition of neighborhoods in Baltimore City.  Upon information and belief, nearly two-thirds of all row houses in Baltimore City are occupied by African Americans, and the majority of row houses are located in African-American neighborhoods.  Upon information and belief, row houses valued at less than $100,000 are disproportionately concentrated in African-American neighborhoods.

### 2.     Philadelphia

26.     The MSA of Philadelphia, PA consists of Bucks County, PA, Chester County, PA, Delaware County, PA, Montgomery County, PA, and Philadelphia County, PA.

27.     The Philadelphia MSA is characterized by significant levels of residential housing segregation.  According to 2005 Census estimates, African Americans constitute 44.7% of the total population of Philadelphia County, Pennsylvania.  Latinos have the second highest percent

8

population for a minority group in Philadelphia County, constituting 10.4% of the total

population.  In contrast, African Americans constitute only 3.2%, 5.6%, 17.8%, and 7.9%,

respectively, of the population of the surrounding counties of Bucks, Chester, Delaware, and

Montgomery.  Nearly 70% of African Americans in this MSA reside in majority black census

tracts, while 95% of white residents live in majority white census tracts.

28.     This pattern of residential housing segregation substantially overlaps with the

value of the housing stock.  See Ex. B.  Fifty-two percent of houses sold in 2005 within majority

black census tracts were valued at less than $100,000, yet only 11% of houses sold within

majority white census tracts were valued at less than $100,000.  In addition, 94% of all houses

sold for more than $100,000 in the MSA were located in majority white census tracts.

29.     In addition to house values, property type is also strongly correlated to the racial

composition of neighborhoods in Philadelphia.  Upon information and belief, row houses are

disproportionately concentrated in African-American and Latino neighborhoods.

### 3.     Detroit-Livonia-Dearborn

30.     The MSA of Detroit-Livonia-Dearborn, MI consists of Wayne County, MI.

31.     The Detroit-Livonia-Dearborn, MI MSA has a very high level of racial

segregation.  According to 2005 Census estimates, African Americans constitute 41.4% of the

total population of Wayne County, Michigan.  Ninety-one percent of African Americans in this

MSA reside in majority black census tracts, while 92% of white residents live in majority white

census tracts.

32.     The value of housing substantially correlates with these patterns of segregation.

See Ex. C.  Sixty-six percent of all houses sold for less than $100,000 in 2005 were located in

majority black census tracts; 59% were located in predominantly black census tracts, *i.e.*, census

tracts where African Americans constitute at least 75% of the population.  Conversely, 79% of

all houses sold for more than $100,000 were located in majority white census tracts; 75% were

located in predominantly white census tracts, *i.e.*, census tracts where whites constitute at least

75% of the population.

33.      Similar disparities emerge in the value of housing stock within census tracts.  Of

the houses sold in majority black census tracts, 68% were valued at less than $100,000.  In stark

contrast, only 19% of houses in majority white census tracts were valued at less than $100,000.

34.      Upon information and belief, row houses valued at less than $100,000 are

disproportionately located in African-American neighborhoods in the Detroit-Livonia-Dearborn,

MI MSA.

### 4.      St. Louis

35.      The St. Louis, MO/IL MSA consists of the following counties:  Bond County, IL,

Calhoun County, IL, Clinton County, IL, Jersey County, IL, Macoupin County, IL, Madison

County, IL, Monroe County, IL, St. Clair County, IL, Crawford County, MO, Franklin County,

MO, Jefferson County, MO, Lincoln County, MO, St. Louis City, MO, St. Charles County, MO,

St. Louis County, MO, Warren County, MO, and Washington County, MO.

36.      The St. Louis MSA has high levels of residential housing segregation.  According

to 2005 Census estimates, African Americans constitute 51.2% of the total population of St.

Louis County, Missouri.  In contrast, the percent of African Americans in the remaining counties

in this MSA range from 0% to 28.8% of the respective counties' total population.

Approximately two-thirds of African Americans (66%) in this MSA reside in majority black

census tracts, while 97% of white residents live in majority white census tracts.

37.      The value of housing stock in this MSA correlates with this pattern of residential

housing segregation.  See Ex. D.  Ninety-four percent of all houses sold for more than $100,000

in 2005 were located in majority white census tracts.  Only 22% of the houses located within

majority white census tracts were sold for less than $100,000, while 63% of houses sold in

majority black census tracts were sold for less than $100,000.

38.    Upon information and belief, row houses valued at less than $100,000 are

disproportionately concentrated in African-American neighborhoods.

### 5.    Cleveland-Elyria-Mentor

39.    The Cleveland-Elyria-Mentor, OH MSA consists of Cuyahoga County, Geauga

County, Lake County, Lorain County, and Medina County.

40.    High levels of segregation exist in the Cleveland-Elyria-Mentor MSA.  According

to 2005 Census estimates, the percent of African Americans in Cuyahoga County, Ohio, which

includes the city of Cleveland, is 27.4% of the total population.  In contrast, African Americans

constitute only 1.2%, 2.0%, 8.5%, and 0.9%, respectively, of the population of the surrounding

counties of Geauga, Lake, Lorain, and Medina.  Seventy-four percent of African Americans in

this MSA live in majority black census tracts, while 96% of white residents live in majority

white census tracts.

41.    The concentration of lower value housing stock in the Cleveland-Elyria-Mentor

MSA is consistent with the results from each of the other MSAs described in this Complaint.

See Ex. E.  Sixty-six percent of houses sold in 2005 within majority black census tracts were

valued at less than $100,000.  That percentage is three times the percentage (22%) of houses

valued at less than $100,000 within majority white census tracts.  In addition, 94% of all houses

sold for more than $100,000 in 2005 were located within majority white census tracts.

42.    Upon information and belief, row houses valued at less than $100,000 are

disproportionately concentrated in African-American neighborhoods in the Cleveland-Elyria-Mentor, OH MSA.

### 6.     Washington, D.C.

43.     Washington, D.C. also has high levels of housing segregation.  According to 2005 Census estimates, the percent of African Americans in Washington, D.C. is 57% of the total population.   Ninety-two percent of African Americans in Washington, D.C. live in majority black census tracts, while more than 79% percent of white residents live in majority white census tracts.

44.     The concentration of lower value housing stock in Washington, D.C. is consistent with the results from each of the other MSAs described in this Complaint.  See Ex. F.[1]   At each of the thresholds included in Accredited's District of Columbia minimum property value policy ($150,000 minimum loan amount, $170,000 minimum property value and $190,000 minimum row house value), there is a disparate impact.  See ¶ 51 infra.[2]  More than 79% of houses sold in 2005 for less than $150,000 in Washington, D.C. were located in majority black census tracts. The percentage is more than four times the percentage (18.6%) of houses valued at less than $150,000 within majority white census tracts.  The disparity is even greater when comparing super majority census tracts (more than 75% of the population is one race).  In Washington, D.C. there are five times as many houses valued at less than $150,000 in black super majority census tracts (65% of all such houses) as are located in white super majority census tracts (12.5%).  The disparities are also significant at the higher property value thresholds in the policy.   More than

---

[1] Although the MSA that includes Washington, D.C. also includes various counties and independent cities in Virginia, and various counties in Maryland and West Virginia, the Complaint includes only information from the city of Washington, D.C. because Accredited's District of Columbia minimum property value policy apparently only applies to the city.

[2] Accredited's thresholds of $166,667 and $187,500 have been rounded upwards to the nearest $10,000 for purposes of mapping and tabulations.

77% of houses worth less than $170,000 were located in majority black census tracts, compared

with only 18% in white majority census tracts, a ratio of more than four to one.  Similarly, while

more than 74% of houses worth less than $190,000 were located in majority black census tracts,

only 23% were located in majority white census tracts, a ratio of approximately three to one.

45.    Upon information and belief, row houses valued at less than $100,000 are

disproportionately concentrated in African-American and Latino neighborhoods in major

metropolitan areas.   Further, upon information and belief, in Washington, D.C., houses worth

less than $166,667 and row houses worth less than $187,500 are disproportionately concentrated

in African American and Latino neighborhoods.

**B.    Accredited's Discriminatory Lending Policies**

46.    Accredited offers fourteen loan programs.  Accredited's underwriting guidelines

for each program are contained in its Loan Program Guide, excerpts of which are attached as

Exhibits G through X.  The underwriting guidelines incorporate six policies maintained by

Accredited that discriminate against African Americans and Latinos by restricting the eligibility

for loans.  Collectively, these policies apply to all of Accredited's loan programs.

47.    Upon information and belief, all of these policies were advertised and viewable

on Accredited's website until at least November 9, 2006.

**1.    Minimum Property Value Policies**

48.    Three of Accredited's policies discriminate against African Americans and

Latinos by imposing minimum property value requirements.

49.    First, Accredited denies loans to applicants whose homes are valued at less than

$100,000 under its "> 100% CLTV 2nd Mortgage Program."[3]  <u>See</u> Ex. H at II-19 (stating criteria particular to this loan program).  This minimum property value requirement applies regardless of the property type (*e.g.*, single family residence, condominium, row house).  <u>See id.</u>

50.     Second, Accredited denies loans, in all fourteen of its loan programs, to applicants who have row houses that are valued at less than $100,000.  <u>See</u> Ex. I at VII-2.  The row house minimum property value policy is included in the section of the underwriting guidelines that describes Accredited's "Acceptable Property Types" and applies to all loan programs.  <u>Id</u>.

51.     Third, Accredited denies loans, in all fourteen of its loan programs, to applicants in Washington, D.C. who apply for a loan of less than $150,000, who have a LTV ratio above 80% for row homes, or who have a LTV ratio of above 90% for all other types of properties.  *See* Ex. J at VI-21 (minimum loan and LTV restrictions applicable to all Washington, D.C. loans); Ex. I at VII-2 (row house LTV restriction applicable to all loans).  The effect of this policy is that to obtain a loan in Washington, D.C., a homeowner or prospective homeowner must have a property that is worth more than $150,000 to meet Accredited's minimum loan amount and LTV requirements.  For example, for an applicant in Washington, D.C. applying for a mortgage loan, the property would need to have a value of at least $187,500 ($150,000/0.80) if it is a row home, and any other property would need to have a value of at least $166,667 ($150,000/0.90).

52.     The discriminatory purpose and effect of Accredited's > 100% CLTV 2nd Mortgage Program on African Americans, and homeowners and prospective homeowners in majority African-American neighborhoods in major metropolitan areas, is highly predictable. That program is entirely unavailable to applicants with homes valued at less than $100,000.  As

---

[3] Combined loan-to-value ("CLTV") is the combined amount of all mortgages on a borrower's home divided by the property value, whereas LTV is solely the amount of the mortgage the borrower is applying for divided by the property value.

detailed above, houses valued at less than $100,000 in major urban areas are disproportionately concentrated in majority African-American neighborhoods. The vast majority of houses valued at more than $100,000 are located in majority white neighborhoods.

53. The adverse and disproportionate impact of this policy on homeowners in majority black census tracts is both significant and substantial. Under this policy, almost 46% of the individuals who qualified for mortgage loans with houses located in majority black census tracts in Baltimore would fail to qualify for a > 100% CLTV 2nd Mortgage Program loan. The rates of denial for a loan under this program in other metropolitan areas would be similarly high, *i.e.*, Philadelphia (52%), Detroit (68%), St. Louis (63%), and Cleveland (66%). Upon information and belief, the minimum property value policy applicable to this program has a similar discriminatory purpose and effect on Latinos and homeowners and prospective homeowners in Latino neighborhoods in major metropolitan areas, such as Philadelphia.

54. Likewise, Accredited's $100,000 minimum property value requirement in all of its programs for all row houses has a significant disproportionate impact on African Americans and Latinos, and homeowners and potential homeowners in African-American and Latino neighborhoods in major metropolitan areas. As detailed above, upon information and belief, row houses valued at less than $100,000 are disproportionately concentrated in majority African-American and Latino neighborhoods in major metropolitan areas across the nation. By denying loans only for row houses that fall under a high minimum threshold of $100,000, Accredited has effectively denied the availability of loans to homeowners and prospective homeowners in African-American and Latino communities.

55. Finally, Accredited's minimum property value policy for loans in the District of Columbia has a significant disproportionate impact on minority homeowners and prospective

homeowners in Washington, D.C.  As detailed above, upon information and belief, houses valued at less than $166,667 and row houses valued at less than $187,500 are disproportionately concentrated in majority African-American and Latino neighborhoods in Washington, D.C.  By restricting lending on properties that fall below these minimum thresholds, Accredited has effectively denied the availability of loans to homeowners and prospective homeowners in African-American and Latino communities in Washington, D.C.

56.     Given the strong correlation between house values, property types, and demographics, Accredited knew or should have known that its minimum property value policies would have an adverse and disproportionate discriminatory effect on loan applicants who are African American or live in African-American neighborhoods in major metropolitan areas across the nation.  Upon information and belief, Accredited's minimum property value policies have a similar discriminatory purpose and effect on Latinos, and homeowners and prospective homeowners in Latino neighborhoods in major metropolitan areas, such as Philadelphia and Washington, D.C.

57.     There is no business justification for Accredited's minimum property value policies.  The value of a borrower's house alone has no relation to that borrower's risk of default.  Standard industry factors that may have a bearing on loan eligibility include the size of the loan, the loan-to-value ratio, and the potential borrower's income, assets, debt ratios, or credit history.  These factors may have a predictive relationship to a borrower's ability to repay a loan and can be indicative of creditworthiness.  By contrast, Accredited's minimum property value policies exclude a homeowner who would otherwise qualify if traditional indicia of creditworthiness were considered.  For example, an applicant with a detached house worth $99,000 would not be eligible for a > 100% CLTV 2nd Mortgage Program loan even if she or he had a good credit

score, steady income, and low debt obligations.  Similarly, an applicant with a row house worth $99,000 nationally and $187,000 in Washington, D.C. would not be eligible for any Accredited loan even if she or he had a good credit score, steady income, and low debt obligations.

58.    If Accredited employed the standard loan criteria without a minimum property value policy, as do the nation's leading lenders, it would significantly reduce the adverse impact that its lending criteria have on African Americans and Latinos and homeowners and prospective homeowners in majority African-American and Latino neighborhoods in major metropolitan areas without increasing the company's exposure to risk.

### 2.    No Row House Policies

59.    Three other Accredited policies discriminate against African Americans and Latinos through the outright denial of loans secured by row houses.  These policies are even more restrictive than the minimum property value policies that apply to row houses because they preclude row house lending regardless of the value of the row house.  For thirteen of its fourteen loan programs, Accredited has maintained a discriminatory policy of denying loans to any applicant with a row house, regardless of location.  With respect to its fourteenth program Accredited will not accept any applicant in Baltimore with a row house.  Accredited also explicitly excludes applicants with row houses from obtaining "Interest Only" loans in any of its fourteen loan programs.

60.    First, Accredited denies loans to all applicants who own or are purchasing a row house in any location under thirteen of its fourteen loan programs.  This policy is explicit in Accredited's underwriting guidelines for seven types of loans.  In each of these program-specific guidelines, Accredited includes a section entitled "Property," and each of these sections states "Not allowed: Rowhomes ….":

- "> 90% LTV 1st Mortgage – Full Doc, Alt2, Alt1" (<u>See</u> Ex. K at II-2);

- "> 90% LTV 1st Mortgage – Stated" (<u>See</u> Ex. L at II-6);

- "95% LTV 1st Mortgage – Full Doc" (<u>See</u> Ex. M at II-4);

- "High CLTV Stand-Alone 2nd Mortgage Program – Full Doc, Alt2, Alt1" (<u>See</u> Ex. N at II-14);

- "High CLTV Stand-Alone 2nd Mortgage Program – Stated" (<u>See</u> Ex. O at II-17);

- "High CLTV Combo Program – Full Doc, Alt2, Alt1" (<u>See</u> Ex. P at II-22); and

- "High CLTV Combo Program – Stated" (<u>See</u> Ex. Q at II-25).

61.    In the "Property" section of the underwriting guidelines specific to six additional loan programs, Accredited excludes row houses in the list of permissible property types (although it does include Condos and Townhouses).  By failing to include row houses as a permissible property type, Accredited implicitly denies loans to all applicants who own or are purchasing a row house in any location under the following programs[4]:

- "Score More Program – Full Doc, Alt2, Alt1" (<u>See</u> Ex. R at II-28);

- "Score More Program – Stated, Lite" (<u>See</u> Ex. S at II-31);

- "> 100% CLTV 2nd Mortgage Program" (<u>See</u> Ex. H at II-19);

- "Second Home Program" (<u>See</u> Ex. T at II-11);

- "Super Jumbo 1st Mortgage Program – Full Doc, Alt2" (<u>See</u> Ex. U at II-33); and

- "Super Jumbo 1st Mortgage Program – Stated, Lite" (<u>See</u> Ex. V at II-34).

---

[4]    Although Accredited lists "SFRs, detached or attached" in the "Property" section for these six loan programs, the only attached properties described later in the same requirement are Condos and Townhouses.  Row houses or Rowhomes are not listed even though they are consistently included elsewhere in the guidelines as a separate property type.

62.     Second, Accredited denies loans under its fourteenth program ("MOP Program"[5])

to all applicants who own or are purchasing a row house located in Baltimore.  <u>See</u> Ex. W at II-9.

In the "Property" section of the MOP Program guidelines, Accredited states "Rowhomes in

Baltimore, MD are not allowed."  <u>Id.</u>  Thus, a person who owns or is purchasing a row house in

Baltimore City is ineligible for a mortgage loan under all of Accredited's loan programs.

63.     Third, Accredited denies "Interest Only" loans to applicants who own or are

purchasing a row house in any location.  <u>See</u> Ex. X at VI-13.  This policy, which overlaps

substantially with Accredited's other no row house policies, explicitly excludes applicants with

row houses from obtaining an interest only loan under any of its fourteen loan programs.

64.     Under these no row house policies, Accredited automatically rejects any applicant

based solely on the applicant's property type, without regard to traditional lending criteria.  Thus,

for example, an applicant in Baltimore with a row house, despite having substantial assets, a

strong FICO score, low LTV, and steady income, would not be considered for a MOP Program

loan of any size based solely on his or her property type.  Similarly, a creditworthy applicant

with a row house located in any of the states where Accredited does business would not be

considered for thirteen of Accredited's fourteen loan programs based solely on his or her

property type and would not be considered for an Interest Only loan in any loan program.  This

policy has a disproportionate adverse impact on African Americans, and homeowners and

prospective homeowners in African-American neighborhoods in major metropolitan areas,

including Baltimore.  Upon information and belief, Accredited's no row house policies have a

similar discriminatory purpose and effect on Latinos, and homeowners and prospective

homeowners in Latino neighborhoods in major metropolitan areas, such as Philadelphia.

---

[5]     MOP Program, or mortgage only program, refers to loans in which Accredited's underwriters review only an applicant's mortgage credit history to determine a suitable product.

65.     There is no business justification for Accredited's no row house policies.  If Accredited considered traditional lending criteria, rather than an applicant's property type, it would significantly reduce the adverse impact that its policy has on African Americans and Latinos, and homeowners and prospective homeowners in African-American and Latino neighborhoods in major metropolitan areas, including Baltimore and Philadelphia, without increasing the company's exposure to risk.

66.     On December 13, 2006, the NCRC filed a complaint with the Department of Housing and Urban Development (HUD) alleging that Accredited's minimum property value policies and no row house policies violated the FHA.  The only policy not challenged in the HUD complaint was the District of Columbia minimum property value policy.

## INJURY CAUSED BY DEFENDANTS' POLICIES AND PRACTICES

67.     Accredited's discriminatory lending policies and practices have required the NCRC to engage in an education and outreach campaign, and to develop educational materials to identify and counteract the unlawful actions of Accredited, thus diverting the NCRC's resources from other testing, education, counseling, and capacity-building services.  Defendants' discriminatory lending policies and practices have also frustrated the NCRC's mission and purpose of increasing fair and equal access to credit, capital, and banking services and products for all Americans, regardless of race or ethnicity.  Defendants' discriminatory lending policies and practices have required the NCRC, and will require the NCRC in the future, to spend additional resources to counteract Accredited's discriminatory conduct.

68.     As a result of Defendants' discriminatory conduct, individuals in the communities served by the NCRC and its member organizations have been:  (a) discouraged from applying for loans; and (b) deprived of equal access to credit, capital, and banking services and products.  As

a result of Defendants' discriminatory conduct, communities served by the NCRC and its

member organizations have been denied the flow of capital, the provision of banking services,

and the economic growth that accompanies capital and banking services. In response, the NCRC

has made substantial efforts and expended considerable resources to investigate the existence and

effects of Accredited's lending policies and to ensure equal lending opportunities for potential

borrowers.

69.    The NCRC has been, and continues to be, adversely affected by the acts, policies,

and practices of Defendants and/or their respective agents.

70.    The acts, policies, and practices of Defendants set forth herein constitute

continuing violations of the FHA. Unless enjoined, Accredited will continue to engage in the

unlawful acts and practices described above.

71.    Defendants' unlawful actions described above were, and are, intentional and

willful, and/or have been, and are, implemented with callous and reckless disregard for the

federally protected rights of the NCRC, its constituent members, and the individuals and

communities it serves.

### CAUSE OF ACTION
(Federal Fair Housing Act)

72.    Plaintiff repeats and incorporates by reference all allegations contained in

Paragraphs 1 through 71 as if fully set forth herein.

73.    Defendants' acts, policies, and practices, including those through its agents, as

described herein, violate the Fair Housing Act, as amended, 42 U.S.C. §§ 3604(a), (b), (c), and

3605:

(a)    Defendants' acts, policies, and practices, have made and continue to make

housing unavailable on the basis of race and/or color in violation of 42 U.S.C. § 3604(a);

(b)     Defendants' acts, policies, and practices, have provided and continue to provide different terms, conditions, and privileges of sale of housing, as well as different services and facilities in connection therewith, on the basis of race and/or color, in violation of 42 U.S.C. § 3604(b);

(c)     Defendants' published policies and statements have expressed and continue to express a preference on the basis of race and/or color in violation of 42 U.S.C. § 3604(c); and

(d)     Defendants' acts, policies, and practices, have provided and continue to provide different terms, conditions and privileges on the basis of race and/or color in connection with the making of real estate-related transactions, in violation of 42 U.S.C. § 3605.

## DEMAND FOR JURY TRIAL

74.     Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury on all issues triable as of right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that the Court grant it the following relief:

(1)     enter a declaratory judgment that the foregoing acts, policies, and practices of the Defendants violate the Fair Housing Act of 1968, as amended, 42 U.S.C. §§ 3601-3631;

(2)     enter a preliminary injunction enjoining Defendants and their directors, officers, agents and employees from continuing to publish, implement, and enforce the illegal, discriminatory conduct described herein pending the entry of a final judgment in this matter;

(3)     enter a permanent injunction enjoining Defendants and their directors, officers, agents and employees from continuing to publish, implement, and enforce the illegal,

discriminatory conduct described herein and directing Defendants and their directors, officers, agents and employees to take all affirmative steps necessary to remedy the effects of the illegal, discriminatory conduct described herein and to prevent similar occurrences in the future;

(4)     award compensatory damages to Plaintiff in an amount to be determined by the jury that would fully compensate Plaintiff for the diversion of resources and frustration of mission that have been caused by the conduct of Defendants alleged herein;

(5)     award punitive damages to Plaintiff in an amount to be determined by the jury that would punish Defendants for the willful, wanton and reckless conduct alleged herein and that would effectively deter similar conduct in the future;

(6)     award Plaintiff its reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 3613(c)(2); and

(7)     order such other relief as this Court deems just and equitable.


July 25, 2007.

John P. Relman        (Bar No.  405500)
Bradley H. Blower    (Bar No.  421112)
Elena Grigera        (Bar No.  491678)
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888
(202) 728-0848 (fax)
jrelman@relmanlaw.com
bblower@relmanlaw.com
egrigera@relmanlaw.com


Attorneys for Plaintiff

# EXHIBIT

# A

**(Baltimore-Towson)**



Baltimore, MD

Census Tract % Black
- 0 to 25 Percent
- 25+ to 50 Percent
- 50+ to 75 Percent
- 75+ to 100 Percent

House Price
- $100,000 and lower
- Above $100,000

0   1   2   3
Miles

# EXHIBIT

# B

**(Philadelphia)**



Philadelphia, PA

Census Tract % Black
0 to 25 Percent
25+ to 50 Percent
50+ to 75 Percent
75+ to 100 Percent

House Price
$100,000 and lower
Above $100,000

0    1    2    3
Miles

# EXHIBIT

# C

**(Detroit-Livonia-Dearborn)**



Detroit, MI

Census Tract % Black
☐ 0 to 25 Percent
☐ 25+ to 50 Percent
▨ 50+ to 75 Percent
■ 75+ to 100 Percent

House Price
· $100,000 and lower
· Above $100,000

0   1   2   3
Miles

# EXHIBIT

# D

**(St. Louis)**



St. Louis, MO-IL

Census Tract % Black
0 to 25 Percent
25+ to 50 Percent
50+ to 75 Percent
75+ to 100 Percent

House Price
$100,000 and lower
Above $100,000

Miles
0    2    4    6

# EXHIBIT

# E

**(Cleveland)**



Cleveland, OH

Census Tract % Black
- 0 to 25 Percent
- 25+ to 50 Percent
- 50+ to 75 Percent
- 75+ to 100 Percent

House Price
- $100,000 and lower
- Above $100,000

0  1  2  3
Miles

# EXHIBIT

# F

**(Washington, DC)**



District of Columbia
2005 HMDA Loans by Census Tract

Loan Amount by Census Tract
Census Tract
Percent Black Population
0 to 25 Pct Black
25 to 50 Pct Black
50 to 75 Pct Black
75 to 100 Pct Black
Other
HMDA Loan Amount
150K and Lower
Over 150K

0    .7    1.4    2.1
Miles



District of Columbia
2005 HMDA Loans by Census Tract

Loan Amount by Census Tract
Census Tract
Percent Black Population
0 to 25 Pct Black
25 to 50 Pct Black
50+ to 75 Pct Black
75+ to 100 Pct Black
HMDA Loan Amount
170K and Lower
Over 170K

0    .7    1.4    2.1
Miles



District of Columbia
2005 HMDA Loans by Census Tract

# EXHIBIT

# G

**(Accredited Home Lenders Loan Program Guide: Table of Contents)**

# LOAN PROGRAM GUIDE





# TABLE OF CONTENTS

## LOAN MATRIX - SECTION I

1st Mortgage Matrix – Owner Occupied, Full Doc, Alt2 ....................................... 1
1st Mortgage Matrix – Owner Occupied, Alt1 ................................................... 3
1st Mortgage Matrix – Owner Occupied, Lite Doc, Stated ................................. 5
1st Mortgage Matrix – Non-owner Occupied, Full Doc, Alt2 ............................. 7
1st Mortgage Matrix – Non-owner Occupied, Alt1 ........................................... 9
1st Mortgage Matrix – Non-owner Occupied, Lite Doc, Stated ......................... 11
Standard 2nd Mortgage Programs .................................................................. 13
Debt Ratios, Loan Amounts/LTVs, Cash Out, Seasoning ................................ 15
    Debt Ratios ................................................................................................ 15
    Loan Amounts/LTVs .................................................................................... 15
    Cash Out .................................................................................................... 16
    Seasoning ................................................................................................... 16

## PROGRAMS - SECTION II

> 90% LTV 1st Mortgage Program – Full Doc, Alt2, Alt1 .................................. 1
95% LTV 1st Mortgage Program – Full Doc ....................................................... 3
> 90% LTV 1st Mortgage Program – Stated ...................................................... 5
MOP Program .................................................................................................... 7
    Full Doc, Alt2 .............................................................................................. 7
    Stated*, Lite, Alt1 ....................................................................................... 7
Second Home Program ..................................................................................... 10
High CLTV Stand-Alone 2nd Mortgage Program – Full Doc, Alt2, Alt1 ............ 12
High CLTV Stand-Alone 2nd Mortgage Program – Stated ................................ 16
> 100% CLTV 2nd Mortgage Program ............................................................. 18
High CLTV Combo Program – Full Doc, Alt2, Alt1 ........................................... 20
High CLTV Combo Program – Stated ............................................................... 24
Score More Program – Full Doc, Alt2, Alt1 ...................................................... 26
Score More Program – Stated, Lite .................................................................. 29
Super Jumbo 1st Mortgage Program – Full Doc, Alt2 ....................................... 32
Super Jumbo 1st Mortgage Program – Stated, Lite, Alt1 ................................. 34

## CREDIT - SECTION III

Mortgage Credit ................................................................................................. 1
    Mortgage Verification .................................................................................. 1
    Rolling 30- and 60-Day Lates ..................................................................... 2
    Other Mortgages ........................................................................................ 2
    Rental Verification ...................................................................................... 3
    Foreclosure/Forbearance ........................................................................... 3
    Demands/Payoff Statements ...................................................................... 4
    Co-borrower Obligations ............................................................................. 4
    Grading without Mortgage/Rental Verification ........................................... 4



LOAN PROGRAM GUIDE
**TABLE OF CONTENTS**

Consumer Credit ........................................................................5
 Minimum Trade Lines ...............................................5
 Installment Debt ......................................................5
 Revolving Credit ......................................................5
 Multiple Occurrences of Derogatory Credit ...............5
 Collections, Charge-Offs, Judgments, Repossessions ...........6
 Co-signed Obligations ..............................................6
 Alimony and Child Support........................................6
 Separated or Divorced Borrowers .............................7
 Student Loans .........................................................7
 Consumer Credit Counseling Service .........................7
 Bankruptcies ...........................................................8
 Federal or State Tax Liens ........................................8
 Paying Down Installment Debt ..................................8
 Co-borrower/Multiple Borrower Credit Requirements ...........9
 Credit Scores of Zero ...............................................9
 Credit Scores Below 500...........................................9
 Accounts Currently Delinquent..................................9

**EMPLOYMENT AND INCOME - SECTION IV**
Employment ...........................................................................1
 Wage Earner ...........................................................1
 1099 .......................................................................1
 Self-Employed .........................................................2
 Credit Bureau Employment Verification ....................2
 Stated Income .........................................................2
Income Documentation and Employment History.....................3
 Income Documentation ............................................3
 Employment History .................................................3
 Verification of Self-Employed Borrowers....................4
 Verbal Verification of Employment ............................4
Income ...................................................................................5
 Minimum Monthly Income ........................................5
 Employed, Salaried Individuals ................................5
 Self-Employed Individuals ........................................6
 Overtime..................................................................7
 Bonus Income ..........................................................7
 Trailing Spouse Income ............................................7
 Commission Income ..................................................7
 Part Time/Seasonal Employment ..............................7
 Temporary Employment ...........................................8
 Rental Income ..........................................................8
 Interest and Dividend Income ..................................8
 Foreign Income ........................................................8
 Fixed Income ...........................................................9
 Alimony, Child Support, and Separate Maintenance Income....9
 Guaranteed Income ..................................................9
 Privately Held Notes.................................................9



LOAN PROGRAM GUIDE
**TABLE OF CONTENTS**

Capital Gains or Losses ...................................................................................9
Tips and Gratuities .......................................................................................10
Housing Allowance Income ...........................................................................10
Automobile Allowance ..................................................................................10
Non-occupant Co-borrower ..........................................................................10
Foster Care Income ......................................................................................10
Bank Statements ..........................................................................................11
1099 Income ................................................................................................11
Disposable Income .......................................................................................11
Non-taxable Income .....................................................................................12
Union Strikes ...............................................................................................12
Unacceptable Income ...................................................................................12
3 Months Bank Statements ...........................................................................13

## PURCHASE MONEY LOANS - SECTION V

Asset Evaluation...............................................................................................1
Mortgage Application .....................................................................................1
Agreement of Sale .........................................................................................1
Earnest Money and Deposits on Sales Contract.................................................1
Funds to Close ..............................................................................................1
Sources of Down Payment Funds and/or Verification of Assets ......................2
Gift Funds/Gift Equity ...................................................................................2
Asset Verification ..........................................................................................2
Sale of Real Estate ........................................................................................2
Down Payment Assistance .............................................................................2
Sale of Personal Property ...............................................................................2
Funds Borrowed Against Assets ......................................................................3
401(k)/IRA/Keogh Withdrawals .....................................................................3
Relocation Package ........................................................................................3
Trust Funds ...................................................................................................3
Attorney Escrow Letters .................................................................................3
Source and Seasoning of Funds ........................................................................4
Seller Concessions .........................................................................................4
Termite Inspections........................................................................................4
Rental of Existing Home .................................................................................5
Chain of Title ................................................................................................5

## GENERAL CRITERIA - SECTION VI

Insurance .........................................................................................................1
Title Insurance...............................................................................................1
Preliminary Title Report ..............................................................................1
Final Title Policy ........................................................................................1
Short Form Title .........................................................................................1
Chain of Title.............................................................................................1
Homeowners/Fire Insurance ...........................................................................2
Flood Hazard Insurance ..................................................................................3
Acceptable Applicants ......................................................................................4
Trusts ...........................................................................................................4



Permanent Resident Alien and Immigration Status.................................................4
Non-permanent Resident Alien .................................................................................4
Unacceptable Applicants ..........................................................................................4
Maximum Loans and Properties................................................................................5
Maximum Number of Loans .....................................................................................5
Maximum Number of Properties Owned ..................................................................5
Other Criteria ............................................................................................................6
Non-arms Length Transaction..................................................................................6
Escrow Holdbacks ....................................................................................................6
Power of Attorney......................................................................................................7
AHL 2nd Behind an ARM 1st .....................................................................................7
Subordinate Financing ..............................................................................................7
Unacceptable Transactions ......................................................................................8
Asset Verification ......................................................................................................8
Right of Rescission ...................................................................................................8
Section 32 .................................................................................................................9
Credit Reports .........................................................................................................11
Proforma .................................................................................................................11
Fees .........................................................................................................................11
Interest Only Criteria ..............................................................................................12
Lease Options and Land Contracts.........................................................................15
Construction-to-Perm Financing.............................................................................16
ARM Products .........................................................................................................18
2/28 and 3/27.......................................................................................................18
5/25......................................................................................................................18
6-Month................................................................................................................18
Loan Terms .............................................................................................................19
State-Specific Guidelines ........................................................................................20
Alabama ..................................................................................................................20
Alaska .....................................................................................................................20
Washington, DC ......................................................................................................21
Hawaii .....................................................................................................................21
Illinois ......................................................................................................................21
Maine .......................................................................................................................21
New Jersey ..............................................................................................................22
Cleveland, OH .........................................................................................................22
Toledo, OH ..............................................................................................................22
South Carolina ........................................................................................................22
Texas .......................................................................................................................23
West Virginia ...........................................................................................................24

**COLLATERAL - SECTION VII**
Acceptable Property Types .......................................................................................1
SFRs, 2-4 Units, Condominiums, Townhomes, Rowhomes ....................................1
New Construction.......................................................................................................1
Condominiums ...........................................................................................................1
SFR in a Planned Unit Development and Condominiums..........................................2
Rowhomes .................................................................................................................2



Factory-built Housing ................................................................................................ 2
Modular Homes, Panelized Homes, Pre-cut Homes ................................................ 3
Post and Pier Foundations ...................................................................................... 3
Second Homes .......................................................................................................... 3
Leased Land ............................................................................................................. 3
City and Suburban Areas ........................................................................................ 4
Rural Properties ....................................................................................................... 5
Properties with Security Bars .................................................................................. 5
Small Properties ....................................................................................................... 5
Properties with Abandoned Buildings .................................................................... 6
Legal Non-conforming Properties............................................................................ 6
Unacceptable Property Types .......................................................................................7
Property Repairs and Un-permitted Additions/Modifications ............................8
Property Repairs ...................................................................................................... 8
Un-permitted Additions/Modifications................................................................... 8
Appraisals .......................................................................................................................9
General ..................................................................................................................... 9
Required Documentation for the Fee Appraisal ..................................................... 9
Age of Appraisal ..................................................................................................... 10
Drive-by Appraisal ................................................................................................. 10

# EXHIBIT

# H

**(> 100% CLTV 2nd Mortgage Program)**



# > 100% CLTV 2ND MORTGAGE PROGRAM

## Maximum LTV/CLTV

- 115% CLTV 1st / 2nd combo or stand-alone 2nd.
- Maximum 100% LTV 1st mortgage.

## Credit

- Minimum Credit Score:
  - Primary Borrower 640; Co-borrower 580.  Borrower and co-borrower must qualify at lower of two or middle of three.
- Maximum Debt Ratio:  50%
- Mortgage Credit:
  - Mortgage rating must be 0x30 in the last 12 months and 0x60 in the last 24 months; no exceptions.
- Consumer Credit:
  - Maximum 2x30 in the last 12 months.  Majority of consumer credit should have good history.
  - Minimum 4 trade lines of credit required.  At least 1 major installment account with a minimum $5,000 high credit and at least a 24-month history.  At least 3 other active accounts with a 12-month history.
  - No open or paid collections, charge-offs, judgments or tax liens, including medical, within the last 36 months are allowed.
- Bankruptcy history is not allowed.
- Foreclosure history is not allowed.
- CCC history is not allowed.

## Employment/Income

- Standard full doc income documentation required.
- Bank statements are not allowed.
- Salaried borrowers must be in the same line of work for a minimum of 2 years with stable employment history.  1003 must show full 2 years employment.
- Self-employed must be in the same business a minimum of 2 years.

## Disposable Income

Minimum gross disposable income per family:
- $3,000:  Minimum Credit Score of 640
- $2,500:  Minimum Credit Score of 670
- $2,000:  Minimum Credit Score of 700.



# Purpose

### Refinances

- Existing 1st mortgage must be with a conforming institutional lender and fully amortized.
- Maximum 100% LTV AHL 1st with 15% LTV 2nd.
- Maximum $25,000 cash-in-hand, defined as the amount of cash given to the borrower on the HUD-1.
- Minimum 12 months seasoning is required; no exceptions.

### Purchases

- Purchases are not allowed.

# Loan Amounts

- Minimum:
  - ➢ $25,000 or state minimum, whichever is greater.
  - ➢ Combined loan amounts cannot be less than $115,000.
- Maximum:
  - ➢ $125,000
  - ➢ Combined loan amounts cannot exceed $625,000.

# Property

- Owner occupied, primary residence only.
- SFRs, PUDs, Condos, and Townhomes.
- Not allowed:  Rural, units, modular, manufactured homes.
- Minimum Property Value:  $100,000
- Borrower cannot own more than 1 additional property.
- Properties in MA are not allowed.

# Additional Criteria

- Interest Only payment option is not allowed.
- CLTV greater than 100%:  Amortization terms greater than 30 years are not allowed.
- Rebates in conjunction with discount points are not allowed.  If charging discount points, evidence is required to prove rate buydown.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.
- Hawaii:  Maximum 2nd Mortgage loan amount is $25,000.

# EXHIBIT

# I

**(Collateral - Acceptable Property Types)**



# COLLATERAL – SECTION VII



# ACCEPTABLE PROPERTY TYPES

## SFRs, 2-4 Units, Condominiums, Townhomes, Rowhomes

- Property should conform to the neighborhood and must be in average or better condition. Accredited recognizes that some neighborhoods are not homogeneous, such as Hawaii, where land values have led to greatly dissimilar improvements.
- Property must be complete (constructed) prior to final approval. If applicable, new construction must have a Certificate of Completion or Certificate of Occupancy. Accredited can consider issuing an approval as a take out financing approval subject to 442 or new appraisal, and providing the finished residence will be completed in all material respects in a workman-like manner, to code, and accompanied by all appropriate permits and certificates prior to funding Accredited's loan.

## New Construction

- Concentration limitations:  The aggregate number of loans to be funded by Accredited in a single development should not exceed 15 percent of the total number of homes in the development, in the absence of compensating factors.
- Sell-out ratio requirements:  25 percent of the homes should be sold prior to the subject loan being made.  In cases where multiple phases exist, this requirement is not applied to the new phase if the prior phases are 80% sold.
- Appraisals on newly constructed homes should contain a minimum of one comparable within and one outside the development.

## Condominiums

- 60% of the units must be sold.
- LTVs greater than 90% require 90% of the units to be sold.
- 60% of the units must be owner occupied, Class II or greater.
- Condominium project must be common for the area.
- The Homeowners Association (HOA) must be in the control of the property owners.
- Loans are limited to one unit per borrower in the same complex.
- Appraiser to provide 2 comparables in the subject building and 1 other comparable from an outside complex.
- Daily, weekly or monthly rental units (condotels) are not allowed.
- Condo conversions are allowed with a minimum of 1 year from conversion.  Design and appeal of project must conform to other condominium projects in the area and not be comparable to a hotel or apartment complex.
- High Rise (greater than 8 stories):
  - Owner occupied only.
  - Maximum 5% of the total units can be listed for sale.
  - Stand-alone 2$^{nd}$s are not allowed.

[continued on the next page]



HOA Questionnaire to be completed by the management company or an officer of the HOA to verify:
- No pending litigation
- No one entity owns more than 10% of the units
- Monthly HOA fee
- Name and address of the management company and insurance company.

# SFR in a Planned Unit Development and Condominiums

- All related charges (association fees, etc.) must be paid current with the proceeds of the loan if necessary. Monthly or quarterly association fees must be calculated into the debt ratio.
- Blanket fire insurance should be verified and by-laws and CC&Rs building and use restrictions must be reviewed prior to closing. By-laws and CC&Rs may be waived if condominium is verified as FNMA approved, or if the LTV is 75% or below.
- The underwriter may treat Detached PUDs as SFRs when it is evident that the HOA dues are minor, common areas are limited to greenbelts or minimal amenities, or in cases where there is no zoning and PUDs are the more desirable housing alternative.

# Rowhomes

Maximum 80% LTV; Grade A+, A, A-, B; owner occupied only. Minimum value is $100,000 at any LTV.

# Factory-built Housing

- Owner occupied properties only.
- Modular home appraisals require comparables to be similar to the subject in type and construction. Appraisals on new modular homes also require comps of at least two re-sales for additional value support.
- Manufactured homes are not allowed.
- Leasehold properties are not allowed on modular homes.
- Lease option purchases or land contracts are not allowed.



# Modular Homes, Panelized Homes, Pre-cut Homes

Components are constructed entirely in an indoor controlled factory environment using conventional home floor joists and assembled in three dimensions prior to shipment to the building site. Sections conform to the same state and local Uniform Building Codes as site-framed homes and are inspected by licensed and certified third party inspectors in the factory. Electrical wiring and plumbing may be factory-built into the walls and fully operational at the time of shipment or may be completed on site. Two or more sections, ranging from 12-16 feet wide and up to 60 feet long, are typically combined to create a finished building. Modules, which are usually 90-95% complete when shipped to the building site, may be stacked to make two- or three-story single-family homes. Sections are towed to the site on flat bed trailers, placed onto the foundation, secured, and sealed.

- At least 2 comparables of similar construction are required in the appraisal.
- Maximum LTV 90%.
- Minimum 2000 square foot living area is required.
- Additional care must be taken to ensure the appraiser does not identify a manufactured home as a modular home.

# Post and Pier Foundations

Post and pier foundations are acceptable with the following requirements:
- Concrete base foundation
- Minimum of 16-inch crawl space clearance for inspection and maintenance
- No earth-to-wood contact
- These items must be addressed and certified by the appraiser.
- At least 2 post and pier comparables are required.

# Second Homes

Considered as owner occupied, maximum 90% LTV/CLTV, minimum 550 credit score. See Programs -- Section II for higher LTVs. SFR, PUD, Condo only. Multi-units not allowed. Borrower cannot own more than 2 properties (subject and primary residence). Subject property must be located in a true second home location. Borrowers not meeting these minimum criteria will be considered and priced under non-owner occupied guidelines.

# Leased Land

Properties subject to Land Lease Agreements (Leaseholds) may be acceptable with the following criteria:
- Properties secured by leasehold estates in areas in which they have received market acceptance.
- The mortgage must cover the property improvements and also the borrower's leasehold interest in the land.
- The lessor under the lease must hold a fee simple interest in the land.
- The leasehold estate and the improvements must constitute real property, be subject to the mortgage lien, and be insured by the lender's title policy.

[continued on the next page]



- The term of the leasehold estate should run for at least five years beyond the maturity date of the mortgage. This requirement does not apply if fee simple title will vest in the borrower at an earlier date. The original term of the lease should not be less than 15 years.
- The lease must give the lender the right to receive at least 30 days' notice of any default by the borrower, and give it the option to either cure the default or take over the borrower's rights under the lease.
- Any lease that may present difficulties in servicing the loan or obtaining possession of the subject property by the lender is not acceptable.
- The terms of the lease must <u>not</u>:
  - ➢ Allow the termination of the lease in the event of damage or destruction as long as the mortgage is in existence;
  - ➢ Prohibit the holder of the mortgage from being insured or receiving proceeds of insurance under the hazard insurance policies relating to the mortgaged property;
  - ➢ Permit any increase in rent other than pre-established increases set forth in the lease.

## Assigning, Transferring, Mortgaging, or Subletting the Lease

The lease must expressly permit the mortgaging of the leasehold estate, the assignment of the lease without the lessor's consent, and the acquisition by the holder of the mortgage of the rights of the lessee upon foreclosure or assignment in lieu of foreclosure, or provide the holder of the mortgage with substantially similar protections. The lessor may not require a credit review or impose other qualifying criteria on any assignee, transferee, mortgagee, or sublessee. The leasehold estate and the mortgage must not be impaired by any merger of title between the lessor and lessee or by any default of a sublessor. The lease must also provide for the borrower to retain voting rights in any owners' association.

## Avoiding Default Under the Lease

The lease must provide that the borrower will pay taxes, insurance, and owners' association dues related to the land, in addition to those being paid on the improvements. All lease rents, other payments, or assessments that have become due must be paid, and the borrower must not be in default under any other provision of the lease, nor may such a default have been claimed by the lessor. In all respects, the lease must be valid, in good standing, and in full force and effect.

The lease must not include any default provisions that could give rise to forfeiture or termination of the lease except for nonpayment of the lease rents, and should guarantee the mortgagee the right to receive notice of any default by the borrower and to cure the default. The lease must also include provisions to protect the mortgagee's interests in the event of a property condemnation.

## Exercising Option to Purchase Fee Interest

The lease may, but is not required to, include an option for the borrower to purchase the fee interest in the land. If the option is included, additional review will be required. Capital Markets should be contacted for further review.

## City and Suburban Areas

- Area should be stable or improving.
- Property should be readily salable in six months or less. Longer sale periods can be considered at LTVs below the program max.



# Rural Properties

- If the property is zoned Rural/Agricultural, the maximum acreage is 15, with a 5-acre value, supported by comps, for Grade A+, A, A- and B.
- Area should be stable or appreciating in market value.
- Property should be readily salable in six months or less. Longer sale periods can be considered at LTVs well below the program max (10% to 30% below) or with better than program credit.
- 90% LTV or less:  Comparables must be within 10 miles of the subject.
- > 90% LTV may be considered with a maximum 5 acres; comparables must be within 5 miles of subject.
- Subject property must have all weather road access.
- The appraisal report must address all buildings and under ground storage tanks on the entire site, not just the 5 acres valued.  Underground fuel tanks are common on agricultural zoned land and pose a high liability to the lender.  A comment from the appraiser must state that a physical inspection was made of the entire parcel and that visual inspection did or did not reveal any additional buildings or under ground storage tanks.  If additional buildings or storage tanks are observed on the site, a photo of the amenity and complete description must be provided in the report.
- Property exceeding ten acres may be considered on a case-by-case basis with offsetting factors with a maximum of 20 acres or what is common for the area.
- Area should be a minimum of 25 percent developed.
- Agricultural land use should not exceed 35 percent in the area.  Historic agricultural use that is currently giving way to residential may get special consideration.

# Properties with Security Bars

All properties with security/decorative iron window bars must have quick release latches in place on bedroom windows.  The appraiser must comment to confirm the latches on these bars are quick release.

# Small Properties

Appraisals on homes with only 1 bedroom require the use of at least 2 comparables of like size to the subject property.



## Properties with Abandoned Buildings

Abandoned or non-permitted dwellings located on the subject property site may constitute a health or safety hazard, and may represent a legal and/or resale liability.  Appraisals that state an abandoned or non-permitted dwelling exists on the subject site may be considered after further review on a case-by-case basis.

## Legal Non-conforming Properties

Legal non-conforming properties may be considered under the following conditions:
- Appraiser correctly identifies property zoning and indicates the improvements represent a legal non-conforming (grandfathered) use and any adverse effects that use has on the value and marketability of the property.
- Improvements must be able to be re-built into a like property if partially or fully destroyed.
  - SFR to SFR; 3 unit to 3 unit; condo project to condo project with same unit count and density.
- Appraiser must support that he/she has verified that the property can be re-built as is if partially or fully destroyed, or the file must contain a copy of the applicable zoning regulation or a letter from the local zoning authority that authorizes reconstruction to the current density.

# EXHIBIT

# J

**(State-Specific Guidelines)**



# Washington, DC

- Minimum Credit Score: 600
- Minimum Loan Amount: $150,000
- Maximum LTV: 90%
- Lending is restricted to the Maryland Division only.

# Hawaii

Stated income on 80/20s is allowed with a minimum 660 credit score.

# Illinois

AHL's policy is to not allow Illinois "High Risk Home Loans".

# Maine

Balloon terms are not allowed on any lien position.

# Michigan

Maximum property size is 3 acres.

# EXHIBIT

# K

**(> 90% LTV 1st Mortgage – Full Doc, Alt2, Alt1)**



LOAN PROGRAM GUIDE
PROGRAMS – SECTION II
**> 90% LTV 1ST MORTGAGE PROGRAM – FULL DOC, ALT2, ALT1**

# > 90% LTV 1ST MORTGAGE PROGRAM – FULL DOC, ALT2, ALT1

| Minimum Credit Score | | | Mortgage/Rent History | Maximum LTV | Maximum Loan Amount |
|---|---|---|---|---|---|
| Full Doc | Alt2 | Alt1 (2) | | | |
| 580 | 620 | | 0x30 | 100% | $500,000 |
| 580 | 620 | | 1x30 | 95% | $400,000 |
| 600 | 620 | | 1x30 | 100% | $500,000 |
| 620 | 620 | | 0x30 | 100% | $650,000 |
| 660 | 660 | | 1x30 | 100% | $650,000 |
| 660 | 660 | 660 | 0x30 | 100% | $750,000 (1) |

(1) Loan amounts greater than $650,000 are allowed in CA with a minimum 640 credit score and in limited states with a minimum 660 credit score. Refer to Additional Criteria section below.
(2) Self-employed only.

## Credit

- Co-borrower Minimum Credit Score: 520
- Maximum Debt Ratio: 50%. Refer to Debt Ratios in Section I for additional criteria for debt ratio > 50% up to 55%.
- Mortgage/rent history:
  ➤ First-time homebuyers must be 0x30 on rents in the last 12 months and provide cancelled checks.
  ➤ Verified Management Company VOR may be used on Full Doc loans only.
- Consumer Credit:
  ➤ Credit score < 620: Maximum 0x60 consumer credit in the last 12 months.
  ➤ Refer to Credit Section III for minimum trade lines and additional credit requirements.
- Bankruptcy must be discharged greater than 2 years. Open or recently discharged bankruptcy may be acceptable. Refer to Credit -- Section III for additional criteria.
- Foreclosure must be completed greater than 3 years.

## Employment/Income

- Standard full doc income documentation required.
- Alt2: 24 months personal bank statements require minimum 620 credit score.
- Alt1: 12 months personal bank statements require minimum 660 credit score, 0x30 mortgage/rent history. Must be self-employed.
- Salaried borrowers must be in the same line of work for a minimum of 2 years with stable employment history. 1003 must show full 2 years employment.
- Self-employed must be in the same business a minimum of 2 years.

## Disposable Income

- The minimum gross disposable requirement for loans with < 600 credit score is $1,500 per family.



## Purpose

- AHL 2nd lien behind the subject 1st lien is not allowed.
- Refinances:
  - ➢ Cash out is limited to $100,000; cash out is any amount greater than existing liens.
- Purchases:
  - ➢ < 100% CLTV requires at least 5% down payment sourced and seasoned as borrowers own funds for a minimum of 60 days.
  - ➢ Refer to Seller Concessions criteria in Section V.

## Loan Amounts

- Minimum $50,000 or state minimum, whichever is greater.

## Property

- Owner occupied properties only.
- SFRs, PUDs, Condos, Townhomes, and 2 Units allowed.
- 3-4 Units:  Reduce LTV by 5%; minimum 630 credit score required.
- Rural properties may be considered as an exception up to a 5-acre maximum.
- Lease options and land contracts are allowed.  Refer to General Criteria -- Section VI for complete criteria.
- Not allowed:  Rowhomes; flats; commercial/industrial zoning.
- Borrower cannot own more than 2 additional properties.
- Refer to Collateral -- Section VII for Appraisal and Review requirements.

## Additional Criteria

- Loan amounts greater than $650,000 up to $750,000:
  - ➢ Minimum Credit Score of 640 allowed in CA only.
  - ➢ Minimum Credit Score of 660 allowed in the following states only:  AZ, CT, FL, MA, MD, NJ, NV, NY, OR, RI, VA, WA.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.

## Interest Only Option

- Interest only payments are allowed up to a maximum $650,000 loan amount.  Refer to General Criteria -- Section VI for complete Interest Only criteria.

# EXHIBIT

# L

**(> 90% LTV 1st Mortgage - Stated)**



# > 90% LTV 1ST MORTGAGE PROGRAM – STATED

## Maximum LTV

- 100% one loan, 1st mortgage only.

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):  640
  - ➢ All borrowers must meet the minimum credit score requirements.
- Maximum Debt Ratio: 45%
- Mortgage/rent rating can be no greater than 1x30 (no rolling) in the last 12 months.
- Consumer Credit:
  - ➢ Maximum 2x30 in the last 12 months, revolving and installment.
  - ➢ Minimum 4 trade lines of credit required.  At least 1 major installment account with a minimum $5,000 high credit and at least a 24-month history.  At least 3 other active accounts with a 12-month history.  Prior in-depth credit history in lieu of active trades is acceptable as an exception.
- Collections, charge-offs, judgments or tax liens up to an aggregate of $2,000 within the last 24 months can be paid; none are allowed unpaid.
- Bankruptcy:  Must be discharged greater than 2 years.  Chapter 13 BK enhancement is not allowed.
- Foreclosure:  Must be completed greater than 3 years.

## Employment/Income

- Salaried borrowers must be in the same job for a minimum of 2 years.  Income must be typical for position and time on job.  Written VOEs from employer is required.
- Self-employed or 1099 must be in the same business a minimum of 2 years.
- Retirement, pension or fixed income is not allowed regardless of whether or not the borrower is self-employed.
- Minimum $1,300 per month gross disposable income per household is required.

## Purpose

### General

- 1st Mortgage only. No subordinate financing is allowed.

### Refinances

- Cash out is limited to $50,000; cash out is any amount greater than existing liens.

### Purchases

- Refer to Seller Concessions criteria in Purchase Money Loans -- Section V.
- < 100% LTV requires at least 5% down payment must be borrower's own funds and sourced and seasoned a minimum 60 days.
- PITI payment shock can be no more than 2.5 times current housing expense.



## Loan Amounts

- Maximum:  $600,000
- Minimum:  $ 50,000

## Assets

Two months PITI reserves must show on the 1003 with complete financial institution information.

## Property

- Owner occupied, primary residences only.
- SFRs, PUDs, Condos, Townhomes and 2 units are allowed.
- Not allowed:  Row homes; rural properties; 3-4 units; properties zoned commercial/industrial; lease options; land contracts; manufactured homes; construction-to-perm transactions.
- Borrower cannot own more than 2 additional properties.

## Additional Criteria

- Interest Only payment option is allowed > 90% LTV with a minimum credit score of 680 for both self-employed and salaried borrowers.
  - ➢ Refer to General Criteria -- Section VI for complete Interest Only criteria.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.

# EXHIBIT

# M

**(95% LTV 1st Mortgage – Full Doc)**



# 95% LTV 1ST MORTGAGE PROGRAM – FULL DOC

## Maximum LTV/CLTV

- 95% one loan, 1st mortgage only.

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):  565
- Maximum Debt Ratio:  45%
- Mortgage/rent rating must be 0x30 in the last 12 months.
  - First-time homebuyers must provide 12 months cancelled checks or a management company VOR.
- Consumer Credit:
  - Refer to Credit Section III for standard requirements on minimum trade lines, collections, charge-offs, judgments.
- Bankruptcy must be discharged greater than 3 years.
- Foreclosure must be completed greater than 7 years.

## Employment/Income

- Standard full doc income documentation is required.
- Bank statements are not allowed.
- Salaried borrowers must be in the same line of work for a minimum of 2 years with stable employment history.  1003 must show full 2 years employment.
- Self-employed must be in the same business a minimum of 2 years.

## Purpose

### Refinances

- Cash out is limited to $50,000; cash out is any amount greater than existing liens.

### Purchases

- Minimum 5% down payment must be sourced and seasoned as borrower's own funds for a minimum of 60 days.
- Seller carrybacks are not allowed.
- Refer to Seller Concessions criteria in Purchase Money Loans -- Section V.

## Loan Amounts

- Maximum:  $300,000



## Property

- Owner occupied properties only.
- SFRs, PUDs, Condos, Townhomes and 2 units are allowed.
- Not allowed:  3-4 units, rural, rowhomes, flats, commercial/industrial zoning.

## Additional Criteria

- Interest only payment option is not allowed.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.
- All other AHL normal criteria apply.

# EXHIBIT

# N

**(High CLTV Stand-Alone 2nd Mortgage Program – Full Doc, Alt2, Alt1)**



# HIGH CLTV STAND-ALONE 2ND MORTGAGE PROGRAM – FULL DOC, ALT2, ALT1

| Doc Type | Minimum Credit Score | Maximum Loan Amounts | | |
|---|---|---|---|---|
| | | 1st | 2nd | Combined |
| **Full** | 700 | $800,000 | $200,000 | $1,000,000 |
| **Full** | 680 | $680,000 | $170,000 | $850,000 |
| **Alt1** | 640 | $600,000 | $150,000 | $750,000 |
| **Full / Alt2** | 620 | $600,000 | $150,000 | $750,000 |
| **Alt1** | 620 | $520,000 | $130,000 | $650,000 |

## Maximum LTV/CLTV

Up to 100% CLTV:  Maximum 80% LTV 1st mortgage.

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):
  - Primary Borrower:  620
  - Co-borrower:  520
- Maximum Debt Ratio:
  - Combined loan amounts > $750,000:   45%   No exceptions.
  - Combined loan amounts <= $750,000:  50%
  - Combined loan amounts <= $500,000:  55% with additional criteria below:
    - Minimum 640 credit score
    - Full and Alt2 income documentation only.
    - Minimum gross disposable income of $3,000 per household is required
    - 3-4 units are not allowed.
    - Interest Only payment option is allowed on the 1st mortgage only and requires minimum 660 credit score.
- Mortgage Credit:
  - Mortgage/rent rating can be no greater than 1x30 (no rolling) in the last 12 months.
  - Verified Management Company VOR may be used on Full Doc loans only.

[continued on the next page]

**HIGH CLTV STAND-ALONE 2ND MORTGAGE PROGRAM**
**FULL DOC, ALT2, ALT1**

- Consumer Credit:
  - ➢ Maximum 2x30 in the last 12 months, revolving and installment.
  - ➢ Minimum 3 trade lines of credit required.  At least 1 major installment account with a minimum $5,000 high credit and at least a 24-month history.  In lieu of installment account, a revolving account can be considered with the same high credit and other substantial balance account.  At least 2 other active accounts with a 12-month history.  Prior substantial history in lieu of active trades may be considered as an exception.
  - ➢ Collections, charge-offs, judgments or tax liens up to an aggregate of $2,000 within the last 12 months must be paid; none are allowed unpaid.
- Bankruptcy and Foreclosure:
  - ➢ Bankruptcy must be discharged greater than 2 years.
  - ➢ Open or recently discharged bankruptcy may be acceptable to a maximum combined loan amount of $500,000 with additional criteria.  (See Credit -- Section III.)
  - ➢ Foreclosure must be completed greater than 3 years.

## Employment/Income

- Standard full doc income documentation required.
- Bank statements are allowed up to 100% CLTV.  Acceptable evidence of a separate business account is required to use 100% of deposits and cannot be waived.  (See Income Documentation and Calculations -- Section IV for additional income requirements.)
  - ➢ 24 months personal bank statements (Alt2):
    - ▪ Self-employed  borrowers
    - ▪ Minimum 620 credit score
  - ➢ 12 months personal or business bank statements (Alt1):
    - ▪ Self-employed and wage earners.
    - ▪ Minimum 620 credit score
    - ▪ 0x30 Mortgage
    - ▪ Business bank statements allowed up to a maximum combined loan amount of $500,000.
- Salaried borrowers must be in the same line of work for a minimum of 2-years with stable employment history.  1003 must show full 2-years employment.
- Self-employed must be in the same business a minimum of 2-years.

## Disposable Income

Minimum gross disposable income per family:
- $1,300:  Credit Score less than 660
- $1,000:  Credit Score 660 or higher.



# Purpose

### Refinances

- An institutional lender must hold the 1st mortgage. Private party 1st mortgages are not allowed.
- Cash out is any amount greater than existing liens:
  - ➢ Maximum $100,000
  - ➢ Up to $150,000 is allowed on Full Doc with a minimum 640 Credit Score.

### Purchases

- Purchases are not allowed. Refer to High CLTV Combo Program for 2nd mortgage Purchase transactions.

# Loan Amounts

Minimum:  $10,000 or state minimum, whichever is greater.

# Assets

- Combined loan amounts greater than $500,000 and Credit Score less than 640:  Two months PITI reserves verified in file via VOD or Bank Statements is required.
- Combined loan amounts greater than $500,000 and Credit Score 640 and higher:  Two months PITI reserves must show on the 1003 with complete financial institution information.
- Combined loan amounts $500,000 and less:  Two months PITI reserves must show on the 1003 with complete financial institution information.
- Reserves are not required on refinance transactions if the PITI payment shock is less than 2 times the current housing expense.

# Property

- Owner occupied properties only.
- SFRs, PUDs, Condos, Townhomes and 2 units are allowed.
- 3-4 units are allowed on purchases and refinances with a minimum 630 credit score up to a maximum combined loan amount of $500,000.  Borrower cannot own any other properties.
- Rural properties may be considered as an exception up to a 5 acre maximum.
- Lease options and land contracts are allowed to a maximum $500,000 combined loan amount.
- Not allowed:  Rowhomes; flats; manufactured homes; commercial/industrial zoning.
- Refer to Collateral -- Section VII for Appraisal and Review requirements.
- Borrower cannot own more than 2 additional properties.



## Additional Criteria

- AHL 2nd liens behind Interest Only 1st liens:
  - Maximum Debt Ratio:  45%
  - Minimum Credit Score:  620
- AHL 2nd liens behind private party or neg am 1st liens are not allowed.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.

# EXHIBIT

# O

**(High CLTV Stand-Alone 2ⁿᵈ Mortgage Program – Stated)**



# HIGH CLTV STAND-ALONE 2ND MORTGAGE PROGRAM – STATED

| Minimum Credit Score * | Maximum Loan Amounts * | | |
|---|---|---|---|
| | 1st | 2nd | Combined |
| 680 | $600,000 | $150,000 | $750,000 |
| 660 | $480,000 | $120,000 | $600,000 |

* <u>Wage Earners</u>:  Interest Only option allowed up to $500,000 combined loan amounts.

## Maximum CLTV

Maximum CLTV is 100%.  Maximum 80% LTV 1st mortgage.

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):
  - ➢ Primary Borrower:  660
  - ➢ Co-borrower:  640
- Maximum Debt Ratio:  45%
- Mortgage/rent rating can be no greater than 0x30 in the last 12 months.
  - ➢ Wage Earners with Interest Only payment option require 0x30 in the last 24 months.
- Consumer credit maximum 2x30 in the last 12 months.
- Collections, charge-offs, judgments or tax liens within the last 12 months are not allowed.
- Bankruptcy must be discharged greater than 3 years.
- Foreclosure must be completed greater than 4 years.

## Employment/Income

- Salaried borrowers must be in the same job for a minimum of 2 years.  Income must be typical for position and time on job.  Written VOEs from employer is required.
- Self-employed or 1099 must be in the same business a minimum of 2 years.
- Retirement, pension or fixed income is not allowed regardless of whether or not the borrower is self-employed.

## Assets

- Two months PITI reserves must show on the 1003 with complete financial institution information.
- Salaried borrowers require a minimum of 2 months PITI reserves and must be sourced and seasoned a minimum of 60 days.
- Reserves are not required on refinance transactions if the PITI payment shock is less than 2 times the current housing expense.



**HIGH CLTV STAND-ALONE 2ND MORTGAGE PROGRAM
STATED**

## Purpose

### Refinances

- An institutional lender must hold the 1st mortgage.  Private party 1st mortgages are not allowed.
- Cash out is limited to $100,000; cash out is any amount greater than existing liens.

### Purchases

- Purchases are not allowed.  Refer to High CLTV Combo Program for 2nd mortgage Purchase transactions.

## Loan Amounts

Minimum:  $10,000 or state minimum whichever is greater.

## Property

- Owner occupied properties only.
- SFRs, PUDs, Condos, Townhomes and 2 units are allowed.
- Rural, 3-4 units, rowhomes, flats, manufactured homes, modular homes, or commercial/industrial zoned properties are not allowed.
- Escrow holdbacks or property issues are not allowed.
- Lease options or land contracts are not allowed.
- Borrower cannot own more than 1 additional property.

## Additional Criteria

- AHL 2nd liens behind Interet Only 1st liens:
  - ➢ Maximum Debt Ratio:  45%
  - ➢ Minimum Credit Score:  660
- AHL 2nd liens behind private party or neg am 1st liens are not allowed.
- Full prepayment penalty is required.
- Refer to state-specific Guidelines in General Criteria -- Section VI for complete state/city restrictions.

# EXHIBIT

# P

**(High CLTV Combo Program – Full Doc, Alt2, Alt1)**



# HIGH CLTV COMBO PROGRAM – FULL DOC, ALT2, ALT1

| Doc Type | Minimum Credit Score | Maximum Loan Amounts | | |
|---|---|---|---|---|
| | | 1st | 2nd | Combined |
| **Full** | 700 | $800,000 | $200,000 | $1,000,000 |
| **Full** | 680 | $680,000 | $170,000 | $850,000 |
| **Alt1** | 640 | $600,000 | $150,000 | $750,000 |
| **Full / Alt2** | 620 | $600,000 | $150,000 | $750,000 |
| **Alt1** | 620 | $520,000 | $130,000 | $650,000 |

## Maximum LTV/CLTV

Up to 100% CLTV:  Maximum 80% LTV 1st mortgage.

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):
  - ➢ Primary Borrower:  620
  - ➢ Co-borrower:  520
- Maximum Debt Ratio:
  - ➢ Combined loan amounts > $750,000:   45%
  - ➢ Combined loan amounts <= $750,000:  50%
  - ➢ Combined loan amounts <= $500,000:  55% with additional criteria below:
    - ▪ Minimum 640 credit score
    - ▪ First-time homebuyers require minimum 660 credit score, 0x30x12 rent history, and evidence of 2 months PITI reserves sourced and seasoned.
    - ▪ Full and Alt2 income documentation only.
    - ▪ Minimum gross disposable income of $3,000 per household is required
    - ▪ 3-4 units are not allowed.
    - ▪ Interest Only payment option is allowed on the 1st mortgage only and requires minimum 660 credit score.
- Mortgage Credit:
  - ➢ Mortgage/rent rating can be no greater than 1x30 (no rolling) in the last 12 months.
  - ➢ First-time homebuyers must be 0x30 on rents in the last 12 months and provide cancelled checks.
  - ➢ Verified Management Company VOR may be used on Full Doc loans only.

[continued on the next page]



- Consumer Credit:
  - Maximum 0x60 in the last 12 months, revolving and installment.
  - Minimum 3 trade lines of credit required. At least 1 major installment account with a minimum $5,000 high credit and at least a 24-month history. In lieu of installment account, a revolving account can be considered with the same high credit and other substantial balance account. At least 2 other active accounts with a 12-month history. Prior substantial history in lieu of active trades may be considered as an exception.
  - Collections, charge-offs, judgments or tax liens up to an aggregate of $2,000 within the last 12 months must be paid; none are allowed unpaid.
- Bankruptcy and Foreclosure:
  - Bankruptcy must be discharged greater than 2 years.
  - Open or recently discharged bankruptcy may be acceptable to a maximum combined loan amount of $500,000 with additional criteria. (See Credit -- Section III.)
  - Foreclosure must be completed greater than 3 years.

## Employment/Income

- Standard full doc income documentation required.
- Bank statements are allowed up to 100% CLTV; not allowed on stand-alone 2$^{nd}$s. AHL must have both liens. Acceptable evidence of a separate business account is required to use 100% of deposits and cannot be waived. (See Income Documentation and Calculations -- Section IV for additional income requirements.)
  - 24 months personal bank statements (Alt2):
    - Self-employed and 1099 borrowers
    - Minimum 620 credit score
  - 12 months personal or business bank statements (Alt1):
    - Self-employed, 1099, and wage earners.
    - Minimum 620 credit score
    - 0x30 Mortgage
    - Business bank statements allowed up to a maximum combined loan amount of $500,000.
- Salaried borrowers must be in the same line of work for a minimum of 2-years with stable employment history. 1003 must show full 2-years employment.
- Self-employed must be in the same business a minimum of 2-years.

## Disposable Income

Minimum gross disposable income per family:
$1,300:  Credit Score less than 660
$1,000:  Credit Score 660 or higher.



# Purpose

### General

Stand-alone $2^{nd}$s:  Refer to High CLTV Stand-Alone 2nd Mortgage Program for criteria.

### Refinances

- An institutional lender must hold the 1st mortgage.  Private party 1st mortgages are not allowed.
- Cash out is any amount greater than existing liens:
  - ➢ Maximum $100,000
  - ➢ Up to $150,000 is allowed on Full Doc with a minimum 640 Credit Score.

### Purchases

- AHL must also have the 1st mortgage.
- Refer to Seller Concessions criteria in Purchase Money Loans -- Section V.
- < 100% CLTV requires at least 5% down payment sourced and seasoned as borrowers own funds for a minimum of 60 days is required.

# Loan Amounts

Minimum:  $10,000 or state minimum, whichever is greater.

# Assets

- Combined loan amounts greater than $500,000 and Credit Score less than 640:  Two months PITI reserves verified in file via VOD or Bank Statements is required.
- Combined loan amounts greater than $500,000 and Credit Score 640 and higher:  Two months PITI reserves must show on the 1003 with complete financial institution information.
- Combined loan amounts $500,000 and less:  Two months PITI reserves must show on the 1003 with complete financial institution information.
- Reserves are not required on refinance transactions if the PITI payment shock is less than 2 times the current housing expense.

# Property

- Owner occupied properties only.
- SFRs, PUDs, Condos, Townhomes and 2 units are allowed.
- 3-4 units are allowed on purchases and refinances with a minimum 630 credit score up to a maximum combined loan amount of $500,000.  Borrower cannot own any other properties.
- Lease options and land contracts are allowed to a maximum $500,000 combined loan amount.
- Not allowed:  Rowhomes; flats; manufactured homes; commercial/industrial zoning.
- Refer to Collateral -- Section VII for Appraisal requirements.
- Borrower cannot own more than 2 additional properties.



# Additional Criteria

Refer to state-specific guidelines in <u>General Criteria -- Section VI</u> for complete state/city restrictions.

# Interest Only Option

- Interest Only payments are allowed on the first mortgage only, minimum credit score of 620, minimum loan amount of $120,000. If the 1st mortgage is interest only, AHL must have both loans. Second mortgages are standard fixed rate.
- Minimum credit score with Interest Only first mortgage > 80% CLTV:
  - ➢ Full Doc:  620
  - ➢ Alt2:  620
  - ➢ Alt1:  620
- Not allowed on Interest Only:
  - ➢ 3-4 units
  - ➢ Rural properties
  - ➢ Lease options and land contracts

# EXHIBIT

# Q

**(High CLTV Combo Program – Stated)**



# HIGH CLTV COMBO PROGRAM – STATED

| Minimum Credit Score * | Maximum Loan Amounts * | | |
|---|---|---|---|
| | 1st | 2nd | Combined |
| 680 | $600,000 | $150,000 | $750,000 |
| 660 | $480,000 | $120,000 | $600,000 |
| 640 | $400,000 | $100,000 | $500,000 |

\* Wage Earners:  Interest Only option allowed up to $500,000 combined loan amounts.

## Maximum CLTV

Maximum CLTV is 100%.  Maximum 80% LTV 1st mortgage.

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):
  - ➢ Primary Borrower:  640
  - ➢ Co-borrower:  640
- Maximum Debt Ratio:  45%
- Mortgage/rent rating can be no greater than 0x30 in the last 12 months.
  - ➢ Wage Earners with Interest Only payment option require 0x30 in the last 24 months.
- Consumer credit maximum 0x60 in the last 12 months.
- Collections, charge-offs, judgments or tax liens within the last 12 months are not allowed.
- Bankruptcy must be discharged greater than 3 years.
- Foreclosure must be completed greater than 4 years.

## Employment/Income

- Salaried borrowers must be in the same job for a minimum of 2 years.  Income must be typical for position and time on job.  Written VOEs from employer is required.
- Self-employed or 1099 must be in the same business a minimum of 2 years.
- Retirement, pension or fixed income is not allowed regardless of whether or not the borrower is self-employed.

## Assets

- Two months PITI reserves must show on the 1003 with complete financial institution information.
- Wage Earners with Interest Only payment option require a minimum of 2 months PITI reserves and must be sourced and seasoned a minimum of 60 days.
- Reserves are not required on refinance transactions if the PITI payment shock is less than 2 times the current housing expense.



## Purpose

### Refinances

- AHL must also have the 1st mortgage.  Stand-alone 2nds are not allowed.
- Cash out is limited to $100,000; cash out is any amount greater than existing liens.

### Purchases

- AHL must also have the 1st mortgage.  Stand-alone 2nds are not allowed.
- < 100% CLTV requires at least 5% down payment sourced and seasoned as borrowers own funds for a minimum of 60 days.
- Seller carrybacks are not allowed.
- Refer to Seller Concessions criteria in Purchase Money Loans -- Section V.
- PITI payment shock must not be more than 2 times current housing expense.  Exceptions may be considered with excellent compensating factors and 5% down payment.
- First-time homebuyers are allowed up to maximum $500,000 combined loan amounts.

## Loan Amounts

Minimum:  $10,000 or state minimum whichever is greater.

## Property

- Owner occupied properties only.
- SFRs, PUDs, Condos, Townhomes and 2 units are allowed.
- Rural, 3-4 units, rowhomes, flats, manufactured homes, modular homes, or commercial/industrial zoned properties are not allowed.
- Escrow holdbacks or property issues are not allowed.
- Lease options or land contracts are not allowed.
- Borrower cannot own more than 1 additional property.

## Additional Criteria

- Interest Only payments are allowed on the first mortgage only, minimum first mortgage loan amount $120,000.  Second mortgages are standard fixed rate.  Refer to General Criteria -- Section VI for complete guidelines.
- Full prepayment penalty is required.
- Refer to state-specific Guidelines in General Criteria -- Section VI for complete state/city restrictions.

# EXHIBIT

# R

**(Score More Program – Full Doc, Alt2, Alt1)**



# SCORE MORE PROGRAM – FULL DOC, ALT2, ALT1

| Grade | Minimum Credit Score | 1st Lien – 1 Loan Max LTV / Loan Amount | | | Combo Loans | | |
|-------|------|------|------|------|------|------|------|
| | | 85% LTV | 90% LTV | 100% LTV | Max CLTV | Max Combined Loan Amounts | Max 2nd Loan Amount |
| A+ | 660 | $800K | $800K | $700K | 100% | $800K | $250K |
| A | 640 | $800K | $750K | $700K | 100% | $800K | $200K |
| A | 620 | $800K | $750K | $625K | 100% | $800K | $125K |
| A- | 600 | $600K | $600K | $500K | | | |
| A- | 580 | $500K | $500K | $500K | | | |

| Mortgage/Rent History | | Bankruptcy | Foreclosure |
|------|------|------|------|
| Mortgage | Rent | | |
| Any | None | > 12 mo. | > 36 mo. |

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):
  - ➢ Primary Borrower:  580  (see above matrix)
  - ➢ Co-borrower:  520
- Mortgage Credit:
  - ➢ 1st and/or 2nd mortgage cannot be 60 days or more delinquent or in the process of Foreclosure at final approval or at closing.
  - ➢ A written Verification of Mortgage is required when one or more of the following occurs:
    - ▪ The outstanding mortgage(s) on the borrower's primary, secondary or rental property has not been reported on the credit report;
    - ▪ The mortgage trade line reporting in the credit report is dated more than 30 days prior to the date of the credit report;
    - ▪ The mortgage reporting is 30 days or more delinquent.  Written update is required at final approval and at closing.
  - ➢ Mortgage lates of 120 days or greater are considered a Foreclosure and must comply with Foreclosure guidelines.
- Rental Credit:
  - ➢ If the borrower rented previously, the borrower's address on the 1003 must match the address on the credit report.  If those addresses do not match, then verification by either the most recent W-2 or tax return is required that supports their current residence address.

[continued on the next page]



- Minimum Trade Lines:
  - ➢ Credit Scores 620 or higher:  No minimum trade line requirements.
  - ➢ Credit Scores < 620, or any prior Bankruptcy:
    - ▪ 2 year credit file history with at least 3 trades on the credit report which include one account with a minimum $1,500 high credit and one account with activity reported within the last 6 months from the date of credit report.
  - ➢ Mortgages rated on the credit report, as well as 12 months cancelled checks for rental history, may count as a trade line.
  - ➢ The following accounts do not count towards the trade line requirements:
    - ▪ Accounts currently 90+ days delinquent, collections, charge-offs, judgments, repossessions, deferred student loans, public records, "Authorized User" accounts, accounts in CCC, accounts included in BK or paid off prior to BK, disputed trade lines, co-signed loans.
- CCC:  Any CCC showing on credit must be paid off or satisfied with loan proceeds and evidence provided in the file.  These loans are treated the same as a Chapter 13 bankruptcy and must meet those specific guidelines.
- Multiple Bankruptcies and Foreclosures are not allowed.
- Chapter 13 Bankruptcy:  The age of the bankruptcy is calculated from the filing date.  Excellent reestablished credit with no lates inside and outside the bankruptcy are required.
- Chapter 7 Bankruptcy:  The age of the bankruptcy is calculated from the date of discharge and evidence of discharge is required.
- Foreclosures, Deeds in Lieu, Notices of Default, or mortgages 120 days or more delinquent must be seasoned per above matrix.  Times are calculated from completion or disposition date.
- All tax liens of any amount (whether on title or not), all judgments of any amount that cloud title, cumulative charge-offs, judgments that do not cloud title, delinquent child support, medical and utility collections greater than $5,000 within the prior 12 months must be paid in full.

# Debt Ratio / Gross Disposable Income

| DTI / GDI | | |
|---|---|---|
| Maximum Debt Ratio is 55% | | |
| GDI if DTI is: | <= 50% | > 50% up to 55% |
| Credit Score 660 + | $1,000 | $2,500 |
| Credit Score 600 - 659 | $1,300 | $3,000 |
| Credit Score < 600 | $1,500 | $3,000 |

# Employment/Income

- Standard full doc income documentation required.
- 24 Months personal bank statements (Alt2) and 12 months personal bank statements (Alt1) are allowed.  100% of average gross deposits are utilized to qualify.  Business bank statements are not allowed.



# Purpose

## General

- Stand-alone 2nd mortgages are not allowed.  AHL must have both loans.
- Lease options and unrecorded land contracts are not allowed.
- Construction- to-Permanent transactions are not allowed.

## Refinances

Maximum Cash Out, defined as any amount greater than existing liens:
- Credit Score 640+ :  $200,000
- Credit Score < 640:  $100,000

## Purchases

- Private party or seller carry subordinate financing is not allowed.
- Seller concessions up to 6% are allowed for Credit Scores > 600.
- < 100% LTV/CLTV requires at least 5% down payment sourced and seasoned as borrower's own funds for a minimum of 60 days.
- First-time homebuyers require 2 months PITI verified reserves.

# Loan Amounts

- Minimum:
  - 1st mortgage:   $50,000
  - 2nd mortgage:  $10,000 or state minimum, whichever is greater.
- Maximum 1st mortgage is 80% LTV on Combo loans.

# Property

- Owner occupied properties only.
- SFRs, detached or attached, PUDs, Condos, Townhouses, or 2 units are allowed.
- 3-4 units are allowed to a maximum 90% LTV/CLTV.
- Condos, PUDs, and Townhomes must meet AHL standard guideline requirements.
- Second homes are allowed up to 95% LTV/CLTV with additional approval.
- Not allowed:  Manufactured homes; Unimproved land; Cooperative and Time Share units; Properties in Trust; Agricultural; Leaseholds; Escrow holdbacks; Commercial; Mixed use; Industrial; Mobile home zoning.

# Interest Only Option

Interest Only payments are allowed on the first mortgage only, minimum credit score of 620, minimum loan amount of $100,000.  Acceptable property:  SFR, PUD, Condo or Townhouse.

# Additional Criteria

- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.
- All other normal AHL criteria apply.

# EXHIBIT

# S

**(Score More Program – Stated, Lite)**

# SCORE MORE PROGRAM – STATED, LITE

| Grade | Minimum Credit Score | 1st Lien – 1 Loan Max LTV / Loan Amount | | | Combo Loans | | |
|-------|------|-----------|-----------|------------|----------|---------------------------|-------------------|
| | | 80% LTV | 90% LTV | 100% LTV | Max CLTV | Max Combined Loan Amounts | Max 2nd Loan Amount |
| A+ | 660 | $700K | $650K | $600K | 100% | $800K | $200K |
| A | 640 | $700K | $650K | $600K | | | |
| A | 620 | $600K | $500K | | | | |

| Mortgage/Rent History | | Bankruptcy | Foreclosure |
|----------|------|------------|-------------|
| Mortgage | Rent | | |
| Any | None | > 12 mo. | > 36 mo. |

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):
  - Primary Borrower: 620 (see above matrix)
  - Co-borrower: 520
- Mortgage Credit:
  - 1st and/or 2nd mortgage cannot be 60 days or more delinquent or in the process of Foreclosure at final approval or at closing.
  - A written Verification of Mortgage is required when one or more of the following occurs:
    - The outstanding mortgage(s) on the borrower's primary, secondary or rental property has not been reported on the credit report;
    - The mortgage trade line reporting in the credit report is dated more than 30 days prior to the date of the credit report;
    - The mortgage reporting is 30 days or more delinquent. Written update is required at final approval and at closing.
  - Mortgage lates of 120 days or greater are considered a Foreclosure and must comply with Foreclosure guidelines.
- Rental Credit:
  - If the borrower rented previously, the borrower's address on the 1003 must match the address on the credit report. If those addresses do not match, then a management company VOR or 12 months cancelled checks must be provided. A private party VOR is not acceptable.
- Minimum Trade Lines:
  - Credit Scores 620 or higher: No minimum trade line requirements.
  - Any Stated income > 90% LTV/CLTV, or any prior Bankruptcy:
    - 2 year credit file history with at least 3 trades on the credit report which include one account with a minimum $1,500 high credit and one account with activity reported within the last 6 months from the date of credit report.

(continued on the next page)

> ➢ Mortgages rated on the credit report, as well as 12 months cancelled checks for rental history, may count as a trade line.
> ➢ The following accounts do not count towards the trade line requirements:
>    ▪ Accounts currently 90+ days delinquent, collections, charge-offs, judgments, repossessions, deferred student loans, public records, "Authorized User" accounts, accounts in CCC, accounts included in BK or paid off prior to BK, disputed trade lines, co-signed loans.

- CCC:  Any CCC showing on credit must be paid off or satisfied with loan proceeds and evidence provided in the file.  These loans are treated the same as a Chapter 13 bankruptcy and must meet those specific guidelines.
- Multiple Bankruptcies and Foreclosures are not allowed.
- Chapter 13 Bankruptcy:  The age of the bankruptcy is calculated from the filing date. Excellent reestablished credit with no lates inside and outside the bankruptcy are required.
- Chapter 7 Bankruptcy:  The age of the bankruptcy is calculated from the date of discharge and evidence of discharge is required.
- Foreclosures, Deeds in Lieu, Notices of Default, or mortgages 120 days or more delinquent must be seasoned per above matrix.  Times are calculated from completion or disposition date.
- All tax liens of any amount (whether on title or not), all judgments of any amount that cloud title, cumulative charge-offs, judgments that do not cloud title, delinquent child support, medical and utility collections greater than $5,000 within the prior 12 months must be paid in full.

# Debt Ratio / Gross Disposable Income

| DTI / GDI | | |
|---|---|---|
| Maximum Debt Ratio is 55% | | |
| GDI if DTI is: | <= 50% | > 50% up to 55% |
| Credit Score 660 + | $1,000 | $2,500 |
| Credit Score 620 - 659 | $1,300 | $3,000 |

# Employment/Income

- Borrowers must be either self-employed or wage earners.
- Lite:  Requires 6 months personal bank statements per Employment and Income Section IV.  Business bank statements are not allowed.
- Stated:  Borrower's income must be stated on 1003.

# Purpose

## General

- Stand-alone 2nd mortgages are not allowed.  AHL must have both loans.
- Lease options and unrecorded land contracts are not allowed.
- Construction- to-Permanent transactions are not allowed.



### Refinances

Maximum Cash Out, defined as any amount greater than existing liens:

- Credit Score 640+ :  $200,000
- Credit Score < 640:  $100,000

### Purchases

- Private party or seller carry subordinate financing is not allowed.
- Seller concessions up to 6% are allowed for Credit Scores > 600.
- < 100% LTV/CLTV requires at least 5% down payment sourced and seasoned as borrower's own funds for a minimum of 60 days.
- First-time homebuyers require 2 months PITI verified reserves.

## Loan Amounts

- Minimum:
  - 1st mortgage:   $50,000, or $80,000 for Stated > 90% LTV/CLTV.
  - 2nd mortgage:  $10,000, or $25,000 for Stated > 90% LTV/CLTV, or state minimum, whichever is greater.
- Maximum 1st mortgage is 80% LTV on Combo loans.

## Property

- Owner occupied properties only.
- SFRs, detached or attached, PUDs, Condos, Townhouses, or 2 units are allowed.
- 3-4 units are allowed to a maximum 90% LTV/CLTV.
- Condos, PUDs, and Townhomes must meet AHL standard guideline requirements.
- Second homes are allowed up to 95% LTV/CLTV with additional approval.
- Not allowed:  Manufactured homes; Unimproved land; Cooperative and Time Share units; Properties in Trust; Agricultural; Leaseholds; Escrow holdbacks; Commercial; Mixed use; Industrial; Mobile home zoning.

## Additional Criteria

- Interest Only payment option is not allowed.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.
- All other normal AHL criteria apply.

# EXHIBIT

# T

**(Second Home Program)**



# SECOND HOME PROGRAM

| Doc Type | Minimum Credit Score | Maximum Loan Amount | Maximum LTV/CLTV |
|---|---|---|---|
| **Full** | 650 | $500,000 | 95% |
| **Full** | 680 | $400,000 | 100% |
| **Stated** | 700 | $400,000 | 95% |

## Maximum LTV/CLTV

- One loan, 1st mortgage only.

## Credit

- Minimum Credit Score (middle of 3 or lower of 2):
  - ➢ Primary Borrower:  650
  - ➢ Co-borrower:  580
- Maximum Debt Ratio:  45%   No exceptions.
- Mortgage rating can be no greater than 0x30 in the last 12 months.
- Consumer Credit:
  - ➢ Maximum 0x30 on major accounts, 2x30 on minor accounts.
  - ➢ Minimum 4 trade lines of credit required.  At least 1 major installment account with a minimum $5,000 high credit and at least a 24-month history.  At least 3 other active accounts with a 12-month history.  Prior in-depth credit history in lieu of active trades is acceptable as an exception.
- Collections, charge-offs, judgments or tax liens within the last 24 months are not allowed.
- Bankruptcy must be discharged greater than 4 years.  Performing BK13 enhancement is not allowed.
- Foreclosure must be completed greater than 4 years.

## Employment/Income

- <u>Full Doc</u>:  Standard full doc income documentation is required.
- Bank statements are not allowed.
- <u>Stated</u>:  Self-employed borrowers only.  Wage earners are not allowed.
- Salaried borrowers must be in the same line of work for a minimum of 2 years with stable employment history.  1003 must show full 2 years employment.
- Self-employed must be in the same business a minimum of 2 years.
- Minimum $2,000 per month gross disposable income per household is required.



# Purpose

## Refinances

- Cash out is limited to $50,000; cash out is any amount greater than existing liens.

## Purchases

- < 100% CLTV requires at least 5% down payment sourced and seasoned as borrower's own funds for a minimum of 60 days.
- Seller carrybacks and seller concessions are not allowed.

# Loan Amounts

- Minimum:  $ 70,000

# Assets

- Full Doc > 95% LTV:  3 months PITI reserves verified in file via VOD or bank statements.
- Stated > 90% LTV:  6 months PITI reserves verified in file via VOD or bank statements.
- Reserves are not required on refinance transactions if the PITI payment shock is less than 2 times the current housing expense.

# Property

- Full Doc > 95% LTV, or Stated > 90% LTV:  Properties allowed in Florida or Hawaii only.
- SFRs, PUDs, Condos and Townhomes are allowed.  Condos and Townhomes must meet AHL's standard guidelines.
- Subject property cannot be used as a rental.
- Property must be in an area that warrants a second home.
- Rural zoning is acceptable.
- Not allowed:  Properties zoned commercial/industrial; lease options; land contracts.
- Borrower cannot own more than 2 additional properties (primary residence and one rental).
  - Full Doc > 95% LTV, or Stated > 90% LTV:  Borrower cannot own any additional properties besides primary residence and subject.

# Additional Criteria

- Interest Only payment option is allowed, minimum loan amount of $120,000.  Refer to General Criteria -- Section VI for complete Interest Only requirements.
- Rebates in conjunction with discount points are not allowed.  If charging discount points, evidence is required to prove rate buydown.
- Refer to state-specific guidelines in General Criteria -- Section VI and the State Summary for complete state/city restrictions.

# EXHIBIT

# U

**(Super Jumbo 1st Mortgage Program – Full Doc, Alt2)**

# SUPER JUMBO 1ST MORTGAGE PROGRAM – FULL DOC, ALT2

| MAXIMUM LTV/CLTV | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Maximum Loan Amount | Minimum Credit Score | | | | | | | |
| | 700 + | 680-699 | 660-679 | 640-659 | 620-639 | 600-619 | 580-599 | 550-579 |
| $1,000,000 | 80% | 80% | 80% | 75% | 70% | 65% | 60% | 55% |
| $ 750,000 | 90% | 90% | 90% | 85% | 85% | 80% | 80% | 75% |

## Credit

- Minimum Credit Score for Co-borrower:  550
- Maximum Debt Ratio:  45%.  No exceptions.
- Mortgage/rent rating:  3x30 (rolling OK) in the last 12 months.
  - ➢ > 80% LTV or > $750,000 loan amount:  1x30 (no rolling) in the last 12 months.
  - ➢ First-time homebuyers must provide 12 months cancelled checks.
- Minimum 4 trade lines of credit required.  At least 1 major installment account with a minimum $5,000 high credit and at least a 24-month history.  At least 3 other active accounts with a 12-month history.  Prior in-depth credit history in lieu of active trades is acceptable as an exception.
- Maximum 2x30 on major and 2x30 on minor consumer credit. Overall consumer credit should be Grade A- or better.
- Collections, charge-offs, judgments or tax liens up to an aggregate of $2,000 within the last 24 months can be paid; none are allowed unpaid.
- Bankruptcy:  Must be discharged greater than 3 years.
- Foreclosure:  Must be completed greater than 5 years.

## Employment/Income

- Standard full doc income documentation is required.
- Salaried borrowers must be in the same line of work for a minimum of 2 years with stable employment history.  1003 must show full 2 years employment.
- Self-employed must be in the same business a minimum of 2 years.  Evidence of self-employment must meet verification criteria on Income Documentation and Calculations -- Section IV with no exceptions.
- 24 months personal bank statements only are allowed on self-employed/1099 borrowers. Acceptable evidence of a separate business account is required to use 100% of deposits and cannot be waived.  (See Income Documentation and Calculations -- Section IV for additional income requirements.)



## Purpose

### General

- Maximum payment shock is 3 times the current housing expense on all loans.
- Institutional seconds, other than AHL, are allowed on both refinances and purchases.

### Refinances

- Cash out is limited to $200,000; cash out is any amount greater than existing liens.

### Purchases

- < 100% LTV requires full down payment must be sourced and seasoned as borrowers own funds for a minimum of 60 days.
- Refer to Seller Concessions criteria in Purchase Money Loans -- Section V.
- Seller carrybacks are not allowed.  Institutional seconds, other than AHL, are allowed.
- First-time homebuyers are allowed.

## Loan Amounts

Minimum:  Greater than $650,000.

## Assets

- Two months' PITI reserves verified in file via VOD or Bank Statements is required.
- Reserves are not required on refinance transactions if the PITI payment shock is less than 2 times the current housing expense.

## Property

- Owner occupied, primary residence only
- SFRs, PUDs, Condos, Townhouses, and 2 units are allowed.
- 3 units are allowed with a 5% LTV reduction.
- Not allowed:  4 Units, manufactured homes, rural, properties zoned commercial/industrial, properties with agricultural zoning or use.
- Lease options or land contracts are not allowed.
- Refer to Collateral -- Section VII for Appraisal requirements.
- Borrower cannot own more than 2 additional properties.

## Additional Criteria

- Interest Only payment option is allowed with a minimum 600 credit score or minimum credit score shown in above grid, whichever is greater.
- Full prepay is required where allowed by state.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.

# EXHIBIT

# V

**(Super Jumbo 1st Mortgage Program – Stated, Lite)**

# SUPER JUMBO 1ST MORTGAGE PROGRAM – STATED, LITE, ALT1

| MAXIMUM LTV/CLTV | | | | |
|---|---|---|---|---|
| | Minimum Credit Score | | | |
| Maximum Loan Amount | 700 + | 680-699 | 660-679 | 620-659 |
| $1,000,000 | 65% | 60% | 55% | 50% |
| $ 750,000 | 75% | 75% | 70% | 70% |
| $ 650,000 | 85% | 85% | 80% | 80% |

Note:  A 5% LTV/CLTV increase to the above maximum values is allowed for Alt1 Doc Type.

## Credit

- Minimum Credit Score for Co-borrower:  550
- Mortgage/rent rating:  0x30 in the last 12 months.
  - 80% LTV or less:  1x30 (no rolling) in the last 12 months.
- All mortgages must be current at application and funding.
- First-time homebuyers must be 0x30 on rents in the last 12 months and provide cancelled checks.

## Employment/Income

- Self-employed or 1099 must be in the same business a minimum of 2 years.
- Wage Earners are not allowed.
- Retired, pension or fixed income is not allowed regardless of whether or not the borrower is self-employed.

## Purpose

### General

Purchases and Refinances are allowed.

### Refinances

Maximum cash out is $100,000 at any LTV/CLTV.

## Property

- SFRs, PUDs, Condos, Townhouses are allowed.
- 2 units are allowed with a 5% LTV reduction.
- Not allowed:  3-4 Units.
- Borrower cannot own more than 1 additional property.



## Assets

- Two months' PITI reserves verified in file via VOD or Bank Statements is required.
- Reserves are not required on refinance transactions if the PITI payment shock is less than 2 times the current housing expense.

## Additional Criteria

- Full prepay is required where allowed by state.
- Interest Only payment option is allowed with a minimum credit score of 640 or minimum credit score shown in above grid, whichever is greater; maximum 80% LTV.

# EXHIBIT

# W

**(MOP Program)**



# MOP PROGRAM

The Mortgage Rating determines the Mortgage Grade (first grid).  Credit Score, Mortgage Rating, Bankruptcy and Foreclosure seasoning determine the max LTV and Debt Ratio (second grid).

| Mortgage Grade | Cumulative 24 months Mortgage Rating |
|---|---|
| A + | Max 0x30 |
| A | Max 1x30 |
| A - | Max 2x30 |
| B | Max 4x30 |
| C | > 4x30 (no 60s) |

## Full Doc, Alt2

| Minimum Credit Score | Cumulative 24 months Mortgage Rating | Bankruptcy Discharged | Foreclosure | LTV | DTI * |
|---|---|---|---|---|---|
| 580 | Max 0x30 | 12 mo. | 24 mo. | 90% | 50% |
| 550 | Max 1x30 | 12 mo. | 24 mo. | 85% | 50% |
| 525 | Max 2x30 | 1 day | 24 mo. | 80% | 50% |
| 500 | Max 4x30 | 1 day | 24 mo. | 75% | 50% |
| 500 | > 4x30 (no 60s) | 1 day | 24 mo. | 70% | 50% |

* Refer to Credit section below for Debt Ratio restrictions.

A 5% LTV increase is allowed, to a maximum 90%, with 0x30 mortgage history for 36 months, minimum 525 credit score, and payment shock no more than 1.5 times current housing expense.  For example:  A score of 550 allows up to 85% LTV + 5% = 90% LTV.  A score of 525 allows up to 80% LTV + 5% = 85% LTV.

## Stated*, Lite, Alt1

| Minimum Credit Score | Cumulative 24 months Mortgage Rating | Bankruptcy Discharged | Foreclosure | LTV | DTI ** |
|---|---|---|---|---|---|
| 580 | Max 0x30 | 12 mo. | 24 mo. | 80% | 50% |
| 550 | Max 1x30 | 12 mo. | 24 mo. | 75% | 50% |
| 525 | Max 2x30 | 1 day | 24 mo. | 70% | 50% |
| 500 | Max 4x30 | 1 day | 24 mo. | 65% | 50% |
| 500 | > 4x30 (no 60s) | 1 day | 24 mo. | 60% | 50% |

* Stated self-employed only.
** Refer to Credit section below for Debt Ratio restrictions.

> **Note**:  A 5% LTV increase to the above maximum values is allowed for Alt1 Doc Type.

Lite and Stated:  A 5% LTV increase is allowed, to a maximum 80%, with 0x30 mortgage history for 36 months, minimum 525 credit score, and payment shock no more than 1.5 times current housing expense.  For example:  A score of 550 allows up to 75% LTV + 5% = 80% LTV.  A score of 525 allows up to 70% LTV + 5% = 75% LTV.



# Credit

- Maximum 40% debt ratio if a majority of the income used to qualify is from a fixed income source.  If less than 50% of the income is from a fixed income source, the debt ratio may be increased to 45% provided the primary borrower has a minimum 550 credit score and no greater than 3x30 mortgage/rent history.
- Minimum Credit Score (middle of 3 or lower of 2):
  - ➢ Primary Borrower:  See above grid.
  - ➢ Co-borrower:  Minimum 500
- Mortgage Credit:
  - ➢ All mortgages must be current prior to closing, per demand/payoff statement in file.
  - ➢ Rolling 30s are acceptable.
  - ➢ Mortgages must be rated for a full 24 months.  Maximum LTV above is based on the total of all mortgage lates on all properties owned.
  - ➢ Rental history is not allowed.
  - ➢ Mortgages not rated on credit report require one of the following:
    - ▪ 24 months cancelled checks
    - ▪ Institutional VOM.  Private party VOMs are not allowed.
- Bankruptcy:  Chapter 7 or Chapter 13 must be discharged per above matrix.  Bankruptcies with any other status must be greater than 12 months from the last reported date.
- Foreclosures, Deeds in Lieu, or Notices of Default within the last 24 months are not allowed.
- Judgments on title must be paid at closing.  Federal and state tax liens either on credit or title must be paid at closing.

# Employment/Income

- Salaried borrowers must be in the same line of work for a minimum of 2 years with stable employment history.
- Self-employed or 1099 must be in the same business a minimum of 2 years.
- <u>Full Doc</u>:  Standard full doc income documentation required.
- <u>Alt2</u>:  24 months personal bank statements are allowed on self-employed and 1099 borrowers only with a minimum 550 score.
- <u>Alt1</u>:  Requires 12 months bank statements per Employment and Income Section IV.
- <u>Lite</u>:  Requires 6 months bank statements per Employment and Income Section IV.
- <u>Stated</u>:  Self-employed borrowers only.  Wage earners are not allowed.

# Purpose

## General

- Lien position is 1st mortgage only; 2nd mortgages are not allowed.
- Maximum LTV is the same as CLTV.  Subordinate financing is not allowed.
- Recorded land contracts with 24 months cancelled checks are allowed.
- Unrecorded land contracts and lease options are not allowed.
- Construction- to-Permanent transactions are not allowed.



### Refinances

Maximum cash out is $50,000; cash out is any amount greater than existing liens. Delinquent accounts must be paid current on cash-out transactions.

### Purchases

- Refer to Seller Concessions criteria in Purchase Money Loans -- Section V.
- Full down payment must be borrower's own funds, sourced and seasoned a minimum of 60 days.
- PITI payment shock can be no more than 3 times current housing expense.  PITI payment shock of 1.5 times current housing expense applies when LTV is increased 5%, up to 90%, with 0x30 mortgage history for 36 months and minimum 525 credit score.
- First-time homebuyers are not allowed.

## Loan Amounts

- Minimum:  $ 75,000
- Maximum:  $400,000

## Property

- Owner occupied, primary residence only.
- SFRs, detached or attached; PUDs; Condos; Townhouses; 2 units.
- Rural properties may be considered with a 10% LTV reduction.
- Mid-rise and high-rise Condos and 3-4 units may be considered with a 10% LTV reduction.
- Condos, PUDs, and Townhomes must meet AHL standard guideline requirements.
- Rowhomes: Follow standard guidelines in Collateral -- Section VII.  Rowhomes in Baltimore, MD are not allowed.
- Manufactured homes are not allowed.
- One full appraisal is required.
- Escrow holdbacks are not allowed.
- Borrower cannot own more than 4 additional properties.

## Additional Criteria

- Amortization terms greater than 30 years are not allowed.
- Interest Only payment option is not allowed.
- Grades:  Refer to Mortgage Grade grid.
- Teams:  Special Product Code is MOP
- Corporate U/W:  Designated Investor is MO01.
- Refer to state-specific guidelines in General Criteria -- Section VI and the State Summary for complete state/city restrictions.

# EXHIBIT

# X

**(Interest Only Criteria)**



# Interest Only Criteria

Interest Only payment option is available on 1st mortgages and specific programs with the following criteria:

## Maximum LTV/CLTV

- Up to 100% LTV/CLTV
- Maximum 80% LTV 1st mortgage:
  - Stated Income > 80% LTV is allowed.  See <u>Programs – Section II</u> for criteria.
  - Combo loans

## Maximum Debt Ratio

- Full Doc, Alt2:  Up to 55% with additional criteria shown in the Debt Ratios area of <u>Loan Matrix -- Section I</u>.
- Lite Doc, Stated:  45%  No exceptions.
- Maximum 45% if borrower had previous bankruptcy or foreclosure within the last 3 years.

## Credit

- Minimum Overall Grade:  A+, A, or A-.  No blending.
  - Maximum Consumer credit derog must meet standard or specialty program requirements.
  - Lite Doc and Stated Wage Earners have a maximum 2x30 Consumer credit derog, 3 year Bankruptcy discharge, and 4 year Foreclosure completion, at any LTV/CLTV.
- Mortgage/rent rating must meet standard or specialty program requirements and be 0x60 in the last 12 months.
  - Lite Doc and Stated Wage Earners require 0x30 mortgage/rent rating in the last 24 months.
- Full Doc, one loan only, no subordinate financing:
  - Minimum credit score 550, up to 75% LTV, or
  - Minimum credit score 580, up to 85% LTV, or
  - Minimum credit score shown for Grade/LTV/CLTV per program, whichever is greater.
  - Maximum Debt Ratio:  45%
  - Maximum mortgage/rent history:  1x30x12
  - Loan Amounts:
    - Minimum:  $250,000
    - Maximum:  $650,000
  - No exceptions.
- Minimum credit score for any combo loan > 80% CLTV:
  - Full Doc:  620, or
  - Alt2:  620, or
  - Alt1:  620, or
  - Minimum credit score shown for Grade/LTV/CLTV per program, whichever is greater.
  - Co-borrower minimum credit score is 550.
- Full, Alt2, Alt1:
  - Minimum credit score 600, up to 95% LTV, or
  - Minimum credit score 620, up to 100% LTV, or
  - Minimum credit score shown for Grade/LTV/CLTV per program, whichever is greater.
  - Co-borrower minimum credit score is 550.



## Interest Only Criteria (continued)

- Lite Doc, Stated:
  - ➢ Minimum credit score at any LTV/CLTV:  Self-Employed 640, Wage Earners 640, or
  - ➢ Minimum credit score shown for Grade/LTV/CLTV per program, whichever is greater.
  - ➢ All borrowers must meet program minimum credit scores.
- BK 13 enhancement is not allowed.

## Employment/Income

- All income documentation levels are available up to the allowable maximums for which the borrower qualifies.  Business bank statements are not allowed when using bank statement income.
- Minimum $1500 monthly gross disposable income per household.

## Purpose

- Refinances and purchases are allowed.
- Purchases:
  - ➢ Less than 100% CLTV requires full down payment sourced and seasoned as borrowers own funds for a minimum of 60 days.
  - ➢ Seller carrybacks are not allowed.
  - ➢ Lite Doc and Stated Wage Earners require PITI payment shock to be no more than 2 times current housing expense.

## Loan Amounts

- Minimum $120,000 1st mortgage loan amount
- Lite Doc and Stated Wage Earners:  Maximum combined loan amounts $500,000

## Assets

Lite Doc and Stated Wage Earners require a minimum of 2 months PITI reserves and must be sourced and seasoned a minimum of 60 days.

## Property

- Owner occupied and second homes only.
- Borrower cannot own more than 2 additional properties

## Not Allowed

- Amortization terms greater than 30 years.
- Fixed income borrowers
- Lease options or land contracts
- Property types:  3-4 units; rural; rowhomes; or other unacceptable property types shown in Collateral -- Section VII.
- LTV/CLTV > 90%:  Rebates in conjunction with discount points are not allowed.  If charging discount points, evidence is required to prove rate buydown.

## Additional Criteria

- Minimum mortgage term is 30 years; no other terms or balloon options are allowed.
- Refer to state-specific guidelines in General Criteria -- Section VI for complete state/city restrictions.



## Interest Only Criteria (continued)

### Fixed Rate Interest Only

- The initial payment for the first five years is a fixed interest only payment, amortized over 30 years.
- At the end of five years, the payment continues to be fixed but is adjusted to a fully amortized principal and interest payment, amortized over 25 years.

### Hybrid Interest Only ARMs

**2/3/25 or 3/2/25**

- The initial two- or three-year period is a fixed interest only payment, amortized over 30 years.
- After the introductory two- or three-year period, the loan reverts to an ARM with interest only payments calculated to cover the current index (6-month LIBOR) plus margin, amortized over 30 years.
- At the end of the initial five-year period, the payment continues to be adjustable but is adjusted to a fully amortized principal and interest payment, amortized over 25 years.

**5/25**

- The initial five-year period is a fixed interest only payment, amortized over 30 years.
- At the end of the initial five-year period, the loan reverts to an ARM with adjustable fully amortized principal and interest payments calculated to cover the current index (6-month LIBOR) plus margin, amortized over 25 years.
- The 5/25 Interest Only ARM requires a minimum 680 credit score on Stated income, unless otherwise restricted.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

National Community Reinvestment Coalition

## DEFENDANTS

Accredited Home Lenders Holding Company; Accredited Home Lenders, Inc.; Accredited Mortgage Loan REIT Trust

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

John P. Relman
Bradley H. Blower
Elena Grigera
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

● 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ⊙ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☒ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 U.S.C. §§ 3604 (a), (b), (c), and 3605. Defendants discriminate on the basis of race and/or color in violation of the Federal Fair Housing Act.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 7/25/2007    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.