# United States District Court
# For the District of Columbia

National Community  
Reinvestment Coalition    )  
      Plaintiff(s)    )    **APPEARANCE**  
    )  
    )  
    vs.    )    CASE NUMBER    1:07-cv-01357  
Accredited Home Lenders, Inc. et al.    )  
    )  
    Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Glenn Schlactus   as counsel in this
          (Attorney's Name)

case for:   National Community Reinvestment Coalition
         (Name of party or parties)

August 1, 2007  
Date  

                      Signature

#475950  
BAR IDENTIFICATION  

Glenn Schlactus  
Print Name  

1225 19th Street NW Suite 600  
Address  

Washington, DC 20036  
City    State    Zip Code  

(202) 728-1888  
Phone Number