# United States District Court
# For the District of Columbia

National Community
Reinvestment Coalition         )
       Plaintiff(s)         )  **APPEARANCE**
                )
                )
       vs.         )  CASE NUMBER   1:07-cv-01357-EGS
Accredited Home Lenders, Inc., et al.  )
                )
       Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Bradley H. Blower__ as counsel in this
                 (Attorney's Name)

case for: __National Community Reinvestment Coalition__
               (Name of party or parties)

August 3, 2007
Date

*/s/ Bradley H. Blower*
Signature

Bradley H. Blower
Print Name

#421112
BAR IDENTIFICATION

1225 19th Street NW, Ste. 600
Address

Washington D.C. 20036
City      State      Zip Code

(202) 728-1888
Phone Number