IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>**Plaintiff,**<br><br>v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY, ACCREDITED HOME LENDERS, INC., and ACCREDITED MORTGAGE LOAN REIT TRUST<br><br>**Defendants.** | Case No. 1:07-cv-01357-EGS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COME NOW Defendants Accredited Home Lenders Holding Company, Accredited Home Lenders, Inc. and Accredited Mortgage Loan REIT Trust (collectively "Defendants"), by counsel, and respectfully request an extension of time for Defendants to respond to Plaintiff National Community Reinvestment Coalition's ("Plaintiff") Complaint up to and including September 21, 2007. The undersigned has contacted counsel for Plaintiff who does not oppose the brief extension requested in this Motion. A proposed Order is attached hereto.

WHEREFORE, Defendants Accredited Home Lenders Holding Company, Accredited Home Lenders, Inc. and Accredited Mortgage Loan REIT Trust respectfully request that this Court extend the time period within which they must respond to Plaintiff's Complaint up through and including September 21, 2007.

Dated: August 20, 2007

                                              Respectfully submitted,

                                                   s/ Matthew P. Previn
                                          Matthew P. Previn, Esq. (#460228)
                                          Joseph T. Lynyak, Esq.
                                          Kirk D. Jensen, Esq.
                                          BUCKLEY KOLAR LLP
                                          1250 24th Street, NW, Suite 700
                                          Washington, DC  20037
                                          202-349-8000 (telephone)
                                          202-349-8080 (facsimile)
                                          *Counsel for Defendants Accredited Home Lenders Holding Company, Accredited Home Lenders, Inc. and Accredited Mortgage Loan REIT Trust*


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 20, 2007, a copy of the above and foregoing was electronically filed in this case and was duly served upon counsel of record by operation of the Court's ECF system.

                                                   s/
                                          Matthew P. Previn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL COMMUNITY REINVESTMENT COALITION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ACCREDITED HOME LENDERS HOLDING COMPANY, ACCREDITED HOME LENDERS, INC., and ACCREDITED MORTGAGE LOAN REIT TRUST**<br><br>**Defendants.** | Case No. 1:07-cv-01357-EGS |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On consideration of the Unopposed Motion for Extension of Time to Respond to Complaint filed by Accredited Home Lenders Holding Company, Accredited Home Lenders, Inc. and Accredited Mortgage Loan REIT Trust (collectively "Defendants"), and finding that good cause exists to grant the Motion, it is

ORDERED that the Motion be and it hereby is GRANTED; and it is hereby

FURTHER ORDERED that the time in which Defendants must respond to Plaintiff's Complaint is hereby extended up to and including September 21, 2007.

This ____ day of _____, 2007         _____
                                            Hon. Emmet G. Sullivan
                                            United States District Judge

<u>Serve:</u>

Matthew P. Previn, Esq.
Joseph T. Lynyak, Esq.
Kirk D. Jensen, Esq.
BUCKLEY KOLAR LLP
1250 24th Street, NW, Suite 700
Washington, DC 20037
*Counsel for Defendants Accredited Home Lenders*
*Holding Company, Accredited Home Lenders, Inc.*
*and Accredited Mortgage Loan REIT Trust*

Bradley Howard Blower, Esq.
Elena Grigera, Esq.
Glenn Schlactus, Esq.
John Peter Relman, Esq.
RELMAN & ASSOCIATES, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
*Counsel for Plaintiff National Community Reinvestment Coalition*