UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ACCREDITED HOME LENDERS  )<br>HOLDING COMPANY, ACCREDITED  )<br>HOME LENDERS, INC., and  )<br>ACCREDITED MORTGAGE LOAN  )<br>REIT TRUST  )<br>)<br>Defendants.  )<br>) | Case No. 1:07-cv-01357 (EGS) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE**
**OPPOSITION AND REPLY BRIEFS**

Plaintiff National Community Reinvestment Coalition ("NCRC") and Defendants Accredited Home Lenders Holding Company, Accredited Home Lenders, Inc. and Accredited Mortgage Loan REIT Trust (collectively the "Accredited Defendants") respectfully request an extension of time for Plaintiff NCRC to file an opposition to the Accredited Defendants' Motion to Dismiss up to and including November 16, 2007 and for the Accredited Defendants to file a reply brief up to and including December 7, 2007.

These extensions are necessary because the Motion to Dismiss involves multiple complex issues, as demonstrated by the Memorandum of Law submitted by the Accredited Defendants in support of the motion, and because of the Thanksgiving holiday. In addition, the extension will afford Plaintiff an approximately equal amount of time to respond to the motion as the Accredited Defendants were afforded to prepare the motion. *See* Minute Order (August 20,

2007)(granting the Accredited Defendants' Unopposed Motion for Extension of Time to Answer).  A proposed order is attached hereto.

| | |
|---|---|
| /s/  John P. Relman | /s/ Matthew P. Previn |
| John P. Relman (DC Bar No. 405500) | Matthew P. Previn (DC Bar No. 460228) |
| Bradley H. Blower (DC Bar No. 421112) | Kirk D. Jensen (DC Bar No. 477629) |
| Elena Grigera (DC Bar No. 491678) | BUCKLEY KOLAR LLP |
| Glenn Schlactus (DC Bar No. 475950) | 1250 24th Street, N.W. |
| RELMAN & DANE PLLC | Suite 700 |
| 1225 Nineteenth Street, #600 | Washington, D.C. 20037 |
| Washington, D.C. 20036 | 202-349-8000 |
| 202-728-1888 | 202-349-8080 (fax) |
| 202-728-0848 (fax) | |
| | Attorneys for the Accredited Defendants |
| Attorneys for Plaintiff NCRC | |

Dated:  September 27, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Joint Motion for Extension of Time to File Opposition and Reply Briefs and attached Proposed Order were electronically filed on September 27, 2007 using the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel.


    /s/  Rose Ehler_____
    Rose Ehler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, <br><br> Plaintiff, <br><br> v. <br><br> ACCREDITED HOME LENDES HOLDING COMPANY, ACCREDITED HOME LENDERS, INC., and ACCREDITED MORTGAGE LOAN REIT TRUST <br><br> Defendants. | Case No. 1:07-cv-01357 (EGS) |

**PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS**

On consideration of the parties' Joint Motion for Extension of Time to File Opposition and Reply Briefs, and finding that good cause exists to grant the Motion, it is

ORDERED that the Motion is GRANTED; and it is hereby,

FURTHER ORDERED that the time in which Plaintiff may file an opposition to the Defendants' Motion to Dismiss is hereby extended up to and including November 16, 2007 and the time in which Defendants may file a reply brief is hereby extended up to and including December 7, 2007.

This ___ day of _____, 2007

_____
Emmet G. Sullivan
United States District Judge