AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL COMMUNITY REINVESTMENT COALITION,

**SUMMONS IN A CIVIL CASE**

V.

ACCREDITED HOME LENDERS HOLDING COMPANY, et al.

CASE

Case: 1:07-cv-01357
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

Accredited Home Lenders Holding Company
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Relman
Bradley H. Blower
Elena Grigera
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           JUL 2 5 2007
_____                 _____
CLERK                                             DATE

_/s/ Morrison Higgins_____
(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

National Community Reinvestment Coalition
Plaintiff(s)
v
Accredited Home Lenders Holdings Company, et al
Defendant(s)

Case No: 1:07-CV-01357

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Accredited Home Lenders Holding Company

With the (documents) Summons; Complaint with Exhibit's A-X; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing order; and Electronic Case Files Attorney/Participant Registration Form [blank]

Person Served: Scott LaScala of The Corporation Trust Company, Registered Agent

Service Address: The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: July 27, 2007          Time of Service: 1:45 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading              ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Description:** Age: 40's   Sex: M   Race: W   Hgt: 5'10"   Wgt: 170   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

July 30, 2007            at   Wilmington,    Delaware
Date                     City              State

Daniel Newcomb, Process Server
State of Delaware                      Delaware Attorney Services
County of New Castle                   2000 Pennsylvania Avenue, Suite 207
                                       Wilmington, DE  19806  (302) 429-0657

Subscribe and sworn before me a Notary Public of the State of Delaware on July 30, 2007

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008