AO 440 (Rev. DC September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL COMMUNITY REINVESTMENT
COALITION,

**SUMMONS IN A CIVIL CASE**

V.

ACCREDITED HOME LENDERS HOLDING
COMPANY, et al.

CAS

Case: 1:07-cv-01357
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: Civil Rights-Non Employ.

TO: (Name and address of Defendant)

Accredited Home Lenders, Inc.
c/o Registered Agent
CT Corporation System
1015 15th Street NW, Suite 1000
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Relman
Bradley H. Blower
Elena Grigera
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 2 5 2007

CLERK                                      DATE

_(signature)_
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**District of Columbia**  **Court**

Case Number: 1:07-CV-01357

Plaintiff:
**NATIONAL COMPANY REINVESTMENT COALITION**
vs.
Defendant:
**ACCREDITEDHOME LENDERS HOLDING COMPANY**

Received by B T EDWARDS PROCESS SERVICE LLC to be served on **ACCREDITED HOME LENDERS, INC. c/o Registered Agent, 1015 15th Street, N.W., Suite 600, Washington, DC 20005**.

I, Billy T. Edwards Jr., being duly sworn, depose and say that on the **20th day of August, 2007** at **1:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **Anothy Serrette** at the address of: **1015 15th Street, N.W., Suite 600, Washington, DC 20005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Black, Height: 5'7, Weight: 180, Hair: Black, Glasses: Y

I certify that I am over eighteen (18) years of age and I am not a party in this matter. I Solemnly Affirm under the penalties of perjury that the contents of the forgoing paper are true to the best of my knowledge, information and belief.

Subscribed and Sworn to before me on the 3rd day of October, 2007 by the affiant who is personally known to me.
MY COMMISSION EXPIRES: 3·11·11

NOTARY PUBLIC

Billy T. Edwards Jr.
Process Server

B T EDWARDS PROCESS SERVICE LLC
6501 Gold Yarrow Lane
Upper Marlboro, MD 20772-4022
(301) 505-2020

Our Job Serial Number: 2007000420

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2a