UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, <br><br> Plaintiff, <br><br> v. <br><br> ACCREDITED HOME LENDERS HOLDING COMPANY, <br><br> ACCREDITED HOME LENDERS, INC. <br><br> and <br><br> ACCREDITED MORTGAGE LOAN REIT TRUST, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 1:07-cv-01357-EGS |

**PLAINTIFF NATIONAL COMMUNITY REINVESTMENT
COALITION'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiff National Community Reinvestment Coalition ("NCRC") respectfully moves the Court for leave to exceed by up to ten pages the forty-five page limitation otherwise applicable under LCvR 7(e) to its memorandum of points in authorities in opposition to the Motion to Dismiss filed by the defendants in this action (Docket No. 9). This modest increase is due to the significant number of issues (six) raised in the Motion to Dismiss. As an indication of Plaintiff's effort to be as economical as possible, we note that Plaintiff has reduced to approximately eight pages an argument regarding the application of 42 U.S.C. § 3604 to lending that Plaintiff devotes approximately twenty-five pages to in opposing a pending motion to dismiss filed solely on this

issue in another case.  *See NCRC v. NovaStar Financial, Inc.*, No. 1:07-cv-00861 (RCL) (Docket No. 7, filed June 13, 2007).

      Counsel for Plaintiff has conferred with defense counsel as required by LCvR 7(m). Defendants do not oppose the relief sought herein.

                           Respectfully submitted,

                            /s/ John P. Relman_____
                           John P. Relman (Bar No. 405500)
                           Bradley H. Blower (Bar No. 421112)
                           Glenn Schlactus (Bar No. 475950)
                           Elena Grigera (Bar No. 491678)
                           RELMAN & DANE, PLLC
                           1225 19th Street NW, Suite 600
                           Washington, DC 20036
                           (202) 728-1888
                           (202) 728-0848 (fax)
                           jrelman@relmanlaw.com
                           bblower@relmanlaw.com
                           gschlactus@relmanlaw.com
                           egrigera@relmanlaw.com

                           *Attorneys for Plaintiff*

Dated:  November 16, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Unopposed Motion to Exceed Page Limitations and attached Proposed Order were electronically filed on November 16, 2007 using the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel.

                                        /s/  Ben Clark
                                        Ben Clark

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| ACCREDITED HOME LENDERS HOLDING COMPANY, | ) ) ) ) | Case No. 1:07-cv-01357-EGS |
| ACCREDITED HOME LENDERS, INC. | ) ) ) | |
| and | ) ) | |
| ACCREDITED MORTGAGE LOAN REIT TRUST, | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Exceed Page Limitations, and there appearing to be good cause therefore, it is HEREBY ORDERED THAT:

Plaintiff's motion is GRANTED, and that

Plaintiff's memorandum in opposition to Defendants' Motion to Dismiss (Docket No. 9) shall not exceed fifty-five pages.

SO ORDERED.

_____
EMMET G. SULLIVAN
United States District Judge

Date: _____