UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>                    Plaintiff,<br><br>         v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY,<br><br>ACCREDITED HOME LENDERS, INC., and<br><br>ACCREDITED MORTGAGE LOAN REIT TRUST,<br><br>                    Defendants. | Case No. 1:07-cv-01357-EGS |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

Defendants Accredited Home Lenders Holding Company, Accredited Home Lenders, Inc., and Accredited Mortgage Loan REIT Trust (collectively "Accredited") respectfully move the Court for leave to exceed by up to ten pages the twenty-five page limitation otherwise applicable to its reply memorandum in support of its motion to dismiss.  *See* LCvR 7(e).

As a result of the jurisdictional and substantive issues raised in Accredited's motion to dismiss, Plaintiff requested, was granted, and used ten additional pages in its opposition memorandum.  Accredited consented to Plaintiff's motion to exceed the page limit.  This reciprocal extension to the page limitation requested by Accredited will allow Accredited to respond adequately to a number of complex arguments raised for the first time in Plaintiff's fifty-five page opposition memorandum.

As required by LCvR 7(m), counsel for Accredited has conferred with counsel for plaintiffs who consent to the relief requested in this motion.

For the reasons set forth above, Accredited respectfully requests that the Court grant its unopposed motion to exceed the page limitation.

                                        Respectfully submitted,

                                        /s/
                                        Matthew P. Previn

                                        Matthew P. Previn (DC Bar No. 460228)
                                        Kirk D. Jensen (DC Bar No. 477629)
                                        BUCKLEY KOLAR LLP
                                        1250 24th Street, N.W., Suite 700
                                        Washington, DC 20037
                                        202-349-8000 (telephone)
                                        202-349-8080 (fax)

                                        *Attorneys for Defendants*

December 4, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2007, a copy of the above and foregoing was electronically filed in this case and was duly served upon counsel of record by operation of the Court's ECF system

                                        /s/
                                        Matthew P. Previn

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>                    Plaintiff,<br><br>        v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY,<br><br>ACCREDITED HOME LENDERS, INC., and<br><br>ACCREDITED MORTGAGE LOAN REIT TRUST,<br><br>                    Defendants. | Case No. 1:07-cv-01357-EGS |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

      Upon consideration of Defendants' Motion to Exceed Page Limitation, and there appearing good cause to grant same, it is

      HEREBY ORDERED that Defendants' motion is granted, and it is further

      ORDERED that Defendants' reply memorandum in support of its motion to dismiss shall not exceed thirty-five pages.

      SO ORDERED on this _____ day of December, 2007

                                                        _____
                                                        Emmet G. Sullivan
                                                        United States District Judge