UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>        Plaintiff,<br><br>   v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY, *et al.*,<br><br>        Defendants. | Case No. 1:07-cv-01357-EGS |

**PLAINTIFF NATIONAL COMMUNITY REINVESTMENT COALITION'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The National Community Reinvestment Coalition ("NCRC") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the Sixth Circuit's recent decision in *Graoch Associates #33 v. Louisville/Jefferson County Metro Human Relations Commission*, ___ F.3d ___, 2007 WL 4124253 (6th Cir. Nov. 21, 2007). *Graoch* was decided five days after NCRC submitted its Memorandum of Points and Authorities In Opposition to Defendants' Motion to Dismiss (Nov. 16, 2007, Docket No. 15) ("Pl.'s Mem.").

With *Graoch*, the Sixth Circuit joins five other Circuit Courts that have held, since the decision in *Smith v. City of Jackson*, 544 U.S. 228 (2005), that disparate impact claims are cognizable under the Fair Housing Act ("FHA"). *See* Pl.'s Mem. at 50 (citing prior appellate decisions). Specifically, *Graoch* held that "a landlord's withdrawal from the Section 8 [housing voucher] program [can] violate the FHA solely because it has a disparate impact on members of a protected class." *See* 2007 WL 4124253, at *1 (Boggs, C.J.). The Sixth Circuit expressly cited

*Smith*, *see id.* at *22 (Moore, J., concurring in part, dissenting in part), making clear that its reaffirmation of the viability of disparate impact claims under the FHA was made with full appreciation of the Supreme Court's analysis in *Smith* of the Age Discrimination in Employment Act.

                          Respectfully submitted,

                          /s/_____
                          John P. Relman (Bar No. 405500)
                          Bradley H. Blower (Bar No. 421112)
                          Glenn Schlactus (Bar No. 475950)
                          Elena Grigera (Bar No. 491678)
                          RELMAN & DANE, PLLC
                          1225 19th Street NW, Suite 600
                          Washington, DC 20036
                          (202) 728-1888

                          *Attorneys for Plaintiff*

December 5, 2007

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Supplemental Authority in Opposition to Defendants' Motion to Dismiss was electronically filed on December 5, 2007 using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel.

    /s/ Bryant Hall_____
    Bryant Hall