## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-cv-01357-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF ELENA GRIGERA FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF NATIONAL COMMUNITY REINVESTMENT COALITION

I, Elena Grigera, of Relman & Dane, PLLC, hereby request leave of this court to withdraw as counsel for Plaintiff in the above-captioned case. Effective January 21, 2008, I will no longer be employed by Relman & Dane, PLLC. John P. Relman, Bradley H. Blower, and Glenn Schlactus of Relman & Dane, PLLC will remain counsel of record for Plaintiff.

Respectfully submitted,

 /s/ Elena Grigera
John P. Relman (Bar No. 405500)
Bradley H. Blower (Bar No. 421112)
Glenn Schlactus (Bar No. 475950)
Elena Grigera (Bar No. 491678)
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

*Attorneys for Plaintiff*

January 17, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-01357-EGS |
| ACCREDITED HOME LENDERS HOLDING COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of counsel Elena Grigera's Motion for Leave to Withdraw as Counsel for Plaintiff National Community Reinvestment Coalition, it is this _____ day of _____, 2008 hereby

ORDERED that Elena Grigera be withdrawn as attorney for Plaintiff in the above-captioned case.

IT IS SO ORDERED.

_____
United States District Judge