UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:07-cv-01357-EGS |

**PLAINTIFF NATIONAL COMMUNITY REINVESTMENT COALITION'S REPLY TO DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AND THIRD NOTICES OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff National Community Reinvestment Coalition's ("NCRC") second and third notices of supplemental authority (Docket Nos. 25 and 26) are brief, non-argumentative submissions that merely identify judicial opinions issued after the briefing on Defendants' motion to dismiss was otherwise completed. Defendants nonetheless use their responses (Docket Nos. 27 and 28) to reargue the very same points they had already asserted, despite the Court's local rules limiting a movant to an opening brief and a reply brief. *See* LCvR 7(a), (d). NCRC's prior submissions demonstrate Defendants' errors, and NCRC will not repeat itself here.

The only item in Defendants' two responses that is even somewhat new is their assertion, based on a 1988 brief from the Solicitor General, that the executive branch does not support the application of the Fair Housing Act to disparate impact claims. *See* Defs.' Response to Pl.'s Third Not. of Supp. Auth. (May 8, 2008) (Docket No. 28) at 3. NCRC's brief in opposition to the motion to dismiss shows why that proposition is wrong. NCRC's brief demonstrates that,

since 1993 at the least, the United States Department of Justice, the United States Department of Housing and Urban Development, and other federal agencies have consistently taken the position that the FHA does, in fact, apply to disparate impact claims. *See* Pl.'s Mem. of P. & A. in Opp. to Defs.' Mot. to Dismiss (Nov. 16, 2007) (Docket No. 15) at 41-43.

Respectfully submitted,

/s/
John P. Relman (Bar No. 405500)
Bradley H. Blower (Bar No. 421112)
Glenn Schlactus (Bar No. 475950)
RELMAN & DANE, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888

*Attorneys for Plaintiff*

May 14, 2008