UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-01357-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF NATIONAL COMMUNITY REINVESTMENT COALITION'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff National Community Reinvestment Coalition submits this notice to inform the Court that, since Plaintiff's Notice of Supplemental Authority (Docket No. 26) (Apr. 22, 2008) was filed, another United States District Court has explicitly rejected the argument that, because of *Smith v. City of Jackson*, 544 U.S. 228 (2005), disparate impact claims are no longer cognizable under the federal Fair Housing Act. *See Ramirez v. GreenPoint Mortgage Funding, Inc.*, No. C08-0369, 2008 WL 2051018, at *3-4 (N.D. Cal. May 13, 2008). At least four District Courts have now rejected that argument, which is asserted by Defendants in their pending

motion to dismiss. All four address claims of lending discrimination.

                              Respectfully submitted,

                              /s/_____
                              John P. Relman (Bar No. 405500)
                              Bradley H. Blower (Bar No. 421112)
                              Glenn Schlactus (Bar No. 475950)
                              RELMAN & DANE, PLLC
                              1225 19th Street NW, Suite 600
                              Washington, DC 20036
                              (202) 728-1888

                              *Attorneys for Plaintiff*

May 21, 2008