UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION,<br><br>Plaintiff,<br><br>v.<br><br>ACCREDITED HOME LENDERS HOLDING COMPANY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-cv-01357-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF NATIONAL COMMUNITY REINVESTMENT
COALITION'S NOTICE OF SUPPLEMENTAL AUTHORITY IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff National Community Reinvestment Coalition submits this notice to inform the Court of the decision in *Payares v. JP Morgan Chase & Co.*, No. CV-07-5540, 2008 WL 2485592 (C.D. Cal. June 17, 2008), issued by Judge Collins after Plaintiff's Notice of Supplemental Authority (Docket No. 30) (May 21, 2008) was filed. Judge Collins had already rejected the argument – asserted by Defendants here in their pending motion to dismiss – that because of *Smith v. City of Jackson*, 544 U.S. 228 (2005), disparate impact claims are no longer cognizable under the federal Fair Housing Act. *See id.* In the June 17 decision, the Court denied a motion to certify that issue for interlocutory review. *See id.* In doing so, Judge Collins explained that her rejection of the *City of Jackson* argument "was not a close call." *Id.* The most the Court could say about the argument was that its assertion did not constitute sanctionable conduct. *See id. Payares*, like this case, addresses claims of discrimination in residential mortgage lending.

          Respectfully submitted,

          /s/ Glenn Schlactus
          John P. Relman (Bar No. 405500)
          Bradley H. Blower (Bar No. 421112)
          Glenn Schlactus (Bar No. 475950)
          RELMAN & DANE, PLLC
          1225 19th Street NW, Suite 600
          Washington, DC 20036
          (202) 728-1888

          *Attorneys for Plaintiff*

July 11, 2008