**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL COMMUNITY REINVESTMENT COALITION, <br> Plaintiff, <br> v. <br> ACCREDITED HOME LENDERS HOLDING COMPANY, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 07-1357(EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion to dismiss is **DENIED**; and it is

**FURTHER ORDERED** that defendants shall file an answer, or otherwise respond, to plaintiff's complaint by no later than **September 18, 2008**; and it is

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            August 28, 2008**

1